171.     On August 15, 2004, at approximately 5:57 p.m. (call # 832), LARRY BOWLES received an incoming telephone call from TEJEDA.[52] BOWLES told TEJEDA, "Come over here and holler at me real quick." TEJEDA asked if he was "next door." BOWLES confirmed that he was. TEJEDA agreed to meet him.[53]

172.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call BOWLES asked TEJEDA to come over and buy a quantity of cocaine ("holler"). BOWLES, who lives approximately four houses east of TEJEDA's residence, confirmed that he was home (next door). TEJEDA then agreed to the drug transaction.

173.     On August 16, 2004, at approximately 9:55 p.m. (call # 1029), LARRY BOWLES placed an outgoing telephone call to TEJEDA. During the call, BOWLES advised TEJEDA: "There was a motherfucker parked down there at the corner earlier, watching earlier and they're there right now again...they're right here on Stuart man in a red truck...a red Explorer. TEJEDA asked, "Did ya peep their face?" BOWLES explained, "Nah, Mikey seen them earlier though, man, and then he said there was another one down the street, a white one too, it was tinted out earlier...right now he said that the red truck was there again...you better watch out nigga."

174.     Based on this investigation and my experience, and the experience of other law enforcement

---

[52] LAWRENCE BOWLES's voice was identified, among other ways, through a call on September 8, 2004. In this call, BOWLES called TEJEDA and said, "I'm at my crib." TEJEDA responded that he would be by in a while. Surveilling agents observed TEJEDA approximately 40 minutes later walk into BOWLES's residence at the time, which agents know from CW-3 to be the home at 1014 Superior in Aurora. In addition, during a September 30, 2004 call made from the same telephone number to TEJEDA, BOWLES identified himself as "Larry."

[53] CW-6 and police records indicate that BOWLES used to live four houses down from TEJEDA in Aurora. Because it was so easy for BOWLES and TEJEDA to see one another in person, agents believe that BOWLES and TEJEDA did not discuss their cocaine business together on the phone very often.

agents, in the call LARRY BOWLES warned TEJEDA that a law enforcement surveillance vehicle was parked nearby and that another individual had seen them earlier. BOWLES explained that a red truck on Stuart Street and a white car with tinted windows were in the neighborhood watching. BOWLES then warned TEJEDA to be careful ("watch out"). Indeed, the red truck and white car were part of an FBI surveillance team and were parked where BOWLES indicated they were.

175.   On September 10, 2004, at approximately 3:51 p.m. (call # 5264), BOWLES placed an outgoing telephone call to TEJEDA. During this call, BOWLES asked TEJEDA about his location. TEJEDA replied that he was on the way at that moment. BOWLES asked, "How long you gonna take?" TEJEDA told him five minutes. BOWLES replied, "Hurry up, I'm at my girl's man cause I gotta go, hurry up." TEJEDA agreed.

176.   Based on this investigation and my experience, and the experience of other law enforcement agents, in the call BOWLES was waiting for TEJEDA to complete a drug transaction and was growing impatient.

177.   On September 13, 2004, at approximately 6:01 p.m. (call # 5470), LARRY BOWLES received an incoming telephone call from TEJEDA. During the call, TEJEDA told BOWLES, "Come through man." BOWLES replied, "Alright ... I'll be there right now."

178.   Based on this investigation and my experience, and the experience of other law enforcement agents, in the call TEJEDA told BOWLES that he was ready to buy an amount of cocaine ("come through").

179.   On September 16, 2004, at approximately 8:31 p.m. (call # 5873), BOWLES placed an outgoing telephone call to TEJEDA. During the call, TEJEDA mentioned that he was "rolling

63

around" with "'P' and 'Rudoo'"[JOSE MELERO and RODOLFO MADRIGAL].[54] BOWLES asked, "Can I jump in the van or what?" TEJEDA told BOWLES that they were not in the van. TEJEDA responded, "We might jump in with you nigga, you legit." BOWLES replied, "I ain't legit, legit with what?" TEJEDA then stated, "We rolling around dirty right now." BOWLES stated that he was also "rolling around," and TEJEDA promised to call BOWLES when they got back to the east side of Aurora.

180.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call TEJEDA, MELERO, and MADRIGAL were driving in a vehicle ("rolling around"). BOWLES assumed they were in MADRIGAL's van and wanted to get in the car with them. TEJEDA said they were not in the van, and that they were driving without a valid license ("I ain't legit") and should get in BOWLES' vehicle. TEJEDA then stated they had cocaine in the vehicle ("we rolling around dirty"). BOWLES and TEJEDA agreed to get together when TEJEDA got back to the east side of Aurora. At or about the time of this call, surveilling agents observed and photographed TEJEDA and MADRIGAL meet with defendant CAROL BANKS at approximately 5:52 p.m.[55]

181.    On September 21, 2004, at approximately 6:31 p.m. (call # 6937), LARRY BOWLES received an incoming telephone call from TEJEDA. BOWLES stated he was on the "burg." TEJEDA asked if BOWLES had seen his helmet, and BOWLES replied, "My shorty brought it inside my crib...why you need it?" TEJEDA replied, "I'm about to jump on my shit...I don't want to

---

[54]CW-6 has advised agents that "P" (a shortened version of "Pep Dog") is a nickname for JOSE MELERO, and "Rudoo" is a nickname for RODOLFO MADRIGAL.

[55] Agents had previously identified MADRIGAL through an APD booking photo, and had previously identified BANKS through her driver's license photo.

get on it without a helmet...I'm already walking towards your crib." BOWLES then stated, "I'm right here on the burg...I'm gonna holler at [Individual Q's] "neighbor" real quick and then I'll be over there."

182.    Based on this investigation and my experience, and the experience of other law enforcement agents, in the call BOWLES was traveling on Solfisburg Street ("the burg"). TEJEDA stored his motorcycle in BOWLES' garage,[56] and was looking for his helmet. BOWLES' child ("shorty") had taken the helmet into BOWLES' house. Because BOWLES said he was going to "holler" at Individual Q's "neighbor," as opposed to using the person's name, I believe BOWLES was not merely gong to visit with a friend or acquaintance, but was going to conduct an impersonal cocaine transaction. I know that BOWLES and TEJEDA are both friends, LATIN KINGS, and live in the small town of Aurora. Thus, if BOWLES were running out to a social engagement, I believe he would have said so to TEJEDA and mentioned the person's name.

183.    On September 28, 2004, at approximately 2:58 p.m. (call # 8184), BOWLES received an incoming telephone call from TEJEDA. TEJEDA said, "What the fuck, nigga?" BOWLES explained, "I had to go pick up my girl...she's going to run and pick up her shorties real quick from school and then I'll be over there." TEJEDA replied, "Hurry the fuck up, nigga, I've been waiting for your ass." BOWLES stated, "I'll be over there right now." A short time later, at approximately 3:20 p.m. (call # 8186) BOWLES placed an outing telephone call to TEJEDA. During the call, BOWLES told TEJEDA, "Open you door man, I'm right here." TEJEDA replied, "Hold on man."

---

[56] During intercepted calls, agents have heard TEJEDA state that he was going to get his "bike." Surveilling agents have then observed TEJEDA come from behind BOWLES's then-house at 1014 Superior Street in Aurora riding a motorcycle. CW-6 has also advised agents that BOWLES used to reside at this address.

At or about the time of these calls, surveillance agents photographed BOWLES arrive and enter TEJEDA's residence.

184.    Based on this investigation and my experience, and the experience of other law enforcement agents, TEJEDA in this call had promised to wait at his house in order to complete a drug transaction with BOWLES.  TEJEDA then explained that he was tired of waiting for BOWLES, and directed him to hurry him up.  BOWLES then explained the delay and promised to come over.

### F.   HERIVERTO RIOS, aka "BETO"

185.    CW-6 has related that HERIVERTO RIOS is a close associate of SAUL TEJEDA.  As reflected in the ensuing intercepted calls, and as described regarding the February 2005 attempted purchase of 10 kilos of cocaine, RIOS buys cocaine from TEJEDA and drives TEJEDA to pick up cocaine and deliver it.  NCIC records indicate that RIOS is a convicted felon.

186.    CW-6 said s/he knows RIOS and first witnessed RIOS buy cocaine from TEJEDA in approximately 2002.  CW-6 has witnessed RIOS buy approximately 14 grams of cocaine from TEJEDA at a time, and states that TEJEDA told CW-6 that RIOS buys cocaine 2-4 times each month.  CW-6 last witnessed RIOS buy cocaine from TEJEDA in 2002.  CW-6 has witnessed TEJEDA both front cocaine to RIOS, and sell it to RIOS at RIOS' house while RIOS was on house arrest.  CW-6 believes that RIOS resold the cocaine he bought from TEJEDA because RIOS was on house arrest at the time he was buying and had no job or legitimate income.

187.    On August 14, 2004, at approximately 9:17 p.m. (call# 587), HERIVERTO RIOS received an incoming telephone call from TEJEDA.[57]  RIOS was heard talking to RODOLFO MADRIGAL,

---

[57]  HERIVERTO RIOS's voice was identified, among other ways, when an individual called TEJEDA and asked for "BETO's number."  CW-6 has identified BETO as HERIVERTO RIOS. In addition, the number TEJEDA gave the man is subscribed to a woman CW-6 has identified as

66

aka MAGIC, in the background.[58] MADRIGAL told RIOS, "Tell him I just want to hit him up with that cheese." RIOS asked MADRIGAL, "You got it on you?" MADRIGAL confirmed that he did. RIOS then told TEJEDA, "Stop where you at...This dude MAGIC wants to hit you up with some of your cheese." TEJEDA told RIOS, "Just go to the castle, man."

188.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MADRIGAL stated that he had money ("cheese") to pay TEJEDA for cocaine TEJEDA had previously fronted him. RIOS relayed the message to TEJEDA and arranged to meet with TEJEDA so MADRIGAL could pay TEJEDA. They agreed on a location to meet ("just go to the castle").

189.    On August 27, 2004, at approximately 9:27 p.m. (call# 2831), HERIVERTO RIOS placed an outgoing telephone call to TEJEDA. RIOS asked TEJEDA, "This nigga wants to know if you are coming through or what?" TEJEDA told RIOS that he was deep on the west side. RIOS talked to a person in the background and relayed the message. The person in background told RIOS to tell TEJEDA he would "call him later." RIOS relayed the message.

190.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS was acting as a middleman for a drug transaction between TEJEDA and an unknown male who was with RIOS.

191.    On September 6, 2004, at approximately 8:34 p.m. (call# 4649), HERIVERTO RIOS placed an outgoing telephone call to TEJEDA. RIOS told TEJEDA, "I need a little bit of ahh...some ahh...some ahh...I need a...you know." RIOS then asked, "Remember that one stud over there by east

---

RIOS's sister.

[58] MADRIGAL's voice identification is described in footnote 59.

Aurora...remember that one stud that we hit up the other day by east Aurora...he wants to holler at me man." TEJEDA said he would call RIOS when he was on the way back.

192.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS needed to get cocaine from TEJEDA in order to resell to an unknown person to whom they had sold cocaine previously ("that one stud that we hit up the other day"). TEJEDA agreed to call RIOS when he was back in the area so that RIOS could complete the transaction.

193.    On September 21, 2004, at approximately 9:39 p.m. (call# 6973), HERIVERTO RIOS placed an outgoing telephone call to TEJEDA. RIOS asked, "You strapped or what? Where is that white girl at? You ain't seen them snow bunnies or what?" TEJEDA asked "Where you at?" RIOS then said, "I'm gonna hit you up, but give me like fifteen minutes."

194.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS was using coded terms ("strapped," "white girl," "snow bunnies") to ask TEJEDA for cocaine, and TEJEDA agreed to meet with RIOS and sell him cocaine.

195.    On September 30, 2004, at approximately 11:19 p.m., HERIVERTO RIOS placed an outgoing telephone call and spoke with RODOLFO MADRIGAL, who was using **Target Phone**. RIOS said to MADRIGAL, "Where's PEP [defendant JOSE MELERO][59] at anyway? He still ain't hit me up with my money." MADRIGAL said, "He owes you money right?"

196.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS discussed that JOSE MELERO, aka, PEP, owes a drug debt to RIOS.

197.    On October 1, 2004, at approximately 7:53 p.m. (call# 8615), HERIVERTO RIOS placed

---

[59] Both CW-3 and CW-6 have identified JOSE MELERO as "PEP."

68

an outgoing telephone call to TEJEDA. RIOS asked TEJEDA, "Could you come through real quick?" TEJEDA replied, "Yes, where are you at?" RIOS explained that he was by the barbershop near Individual M's old crib. TEJEDA was heard asking someone where Individual L stays. RIOS put Individual L on the phone, and Individual L gave TEJEDA directions to his house. Individual L then asked, "You gonna come through or what?" TEJEDA replied, "Yeah, I'm gonna be on the way...This dude gonna be there or what?" Individual L told him yes. Approximately thirty minutes later, at 8:23 p.m. (call# 8618), RIOS placed an outgoing call and spoke again with TEJEDA. TEJEDA told RIOS that he was outside. RIOS instructed TEJEDA to come to the back. Surveilling agents then observed TEJEDA arrive at 2070 Bryn Mawr Drive in Aurora, and subsequently identified HERIVERTO RIOS and another male at the residence.[60]

198. Based on this investigation and my experience, as well as the experience of other law enforcement agents, in this call RIOS wanted TEJEDA to come to Individual L's house so that RIOS could broker a cocaine transaction between TEJEDA and Individual L, and possibly others. TEJEDA agreed, and thirty minutes later went to the back door to complete the transaction.

199. On October 4, 2004, at approximately 7:39 p.m. (call# 9089), HERIVERTO RIOS placed an outgoing telephone call to TEJEDA. RIOS stated that he had just received a phone call about a guy who was threatening to shoot up his (RIOS') house or shoot him (RIOS). RIOS wanted to stop at TEJEDA's house before going home because he wanted to be "heated up by the time I come by my way." RIOS then stated, "I'm gonna let this dude have it if he comes by my crib." RIOS explained that earlier some female called the cops and "dude" ran downstairs, gave "it" to Individual N, and "broke." Individual N then threw "it" outside, and RIOS stated, "That's when I grabbed it.

---

[60] Agents had previously identified RIOS by looking at an APD booking photo of him.

Now the shit was fronted to this dude by the dude that lives downstairs with Individual N's aunt and he's planning with his boys in a white excursion outside right now."

200.    RIOS then said that "the girls" had called him and told him to be careful, and said that the "dude" had tried to force one of the girls to jump in his car and point out RIOS' house. RIOS stated that the girl had refused, but that the guy said that he planned to go by and shoot RIOS' crib nonetheless. RIOS stated that the "Chero" (Mexican) was the one doing all the threatening. TEJEDA said, "Tell them niggas to come through right here on Ohio and Superior!" RIOS laughed and said, "When I get to the crib, I'm gonna go by your way first bro, I'm gonna get that thing or we can go for a ride if you want bro...we're gonna scare these dudes away quick...cause they ain't getting shit back bro, I was gonna give some back to tell you the truth but the first thing that came out of his mouth is that I'm gonna come shoot him instead of working something out with me." TEJEDA says "Fuck that nigga man, give me a call when you get off."

201.    At approximately 8:46 p.m. (call# 9096), RIOS placed another outgoing telephone call to TEJEDA. RIOS asked if TEJEDA was at his "Spot." TEJEDA said he was.  Surveilling agents then observed RIOS entering the back of TEJEDA's residence at 1000 Superior Street.

202.    Based on this investigation and my experience, and the experience of other law enforcement agents, RIOS was describing an incident when a female called the police. An unknown male with cocaine ran down the stairs and gave the cocaine ("it") to Individual N, and then ran away ("broke"). Individual N then threw the cocaine ("it") outside. RIOS grabbed the cocaine from outside and kept it. An unknown Mexican ("Chero") had tried to force the "girls" to disclose where RIOS lives. This Mexican had friends in a vehicle who were threatening to shoot at RIOS' house or shoot RIOS himself for taking the cocaine. RIOS wanted to stop by TEJEDA's house to get a gun ("that thing")

70

from TEJEDA before going home ("Heated up by the time I come by my way"). RIOS also suggested that they get the gun and then go scare the individuals.

## G.   RODOLFO MADRIGAL, aka "RUDY", aka "MAGIC"

203.   As described below, and as confirmed by CW-6, RUDOLFO MADRIGAL is a close associate of SAUL TEJEDA and purchases cocaine from TEJEDA. Aurora Police Department records indicate that MADRIGAL is a LATIN KING gang member in Aurora. CW-6 related that MADRIGAL was the first HOMEBOY to "flip" KING. CW-6 and court authorized wire interceptions indicate that members of MADRIGAL's family live in the area of Streator, Illinois and Ottawa, Illinois, where MADRIGAL traffics drugs that he purchases from TEJEDA. Source information, local police information, and surveillance indicates that MADRIGAL works closely with MELERO, ALVIAR and others to traffick cocaine in Ottawa.

204.   CW-6 has informed agents that s/he knows MADRIGAL started buying cocaine from TEJEDA in approximately summer 2004. According to CW-6, MADRIGAL buys approximately two ounces of cocaine at a time and will buy cocaine from TEJEDA approximately up to three times per week. CW-6 has also advised agents that MADRIGAL resells the cocaine that he buys from TEJEDA. CW-6 knows this because s/he has been with MADRIGAL when MADRIGAL purchased cocaine from TEJEDA, and discussed with TEJEDA that he would resell it in Streator. CW-6 advised that in or about November 2004, s/he observed MADRIGAL possess a semi-automatic silver or black handgun at TEJEDA's then-house on Superior Street.

205.   On August 17, 2004, at approximately 4:16 p.m. (call # 1157), RODOLFO MADRIGAL placed an outgoing telephone call to TEJEDA and asked TEJEDA if he was "ready yet."[61] TEJEDA

---

[61] MADRIGAL's voice was identified, among other ways, through a September 20, 2004 call (call# 6801), when MADRIGAL placed an outgoing telephone call and spoke with ADRIANNE

stated, "Not yet." MADRIGAL then asked, "They ain't no good or what?" TEJEDA responded, "Not right now." MADRIGAL told TEJEDA to hurry up because he's "got to run out there" and requested that TEJEDA call him when TEJEDA was "done."

206.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MADRIGAL asked TEJEDA about the availability of drugs for purchase ("ready yet?"). TEJEDA replied that he did not currently have any drugs available at that time ("Not right now."). MADRIGAL then requested that TEJEDA hurry up in getting the cocaine because he wanted to drive to Ottawa to sell it ("got to run out there").

207.    On September 10, 2004, at approximately 11:52 p.m. (call # 5402), TEJEDA received an incoming telephone call from (630) 859-1272. The subscriber of (630) 859-1272 is unknown, and the user is referred to as Individual O. In the call, the caller identified himself and asked TEJEDA to "Come through by my crib." TEJEDA then asked Individual O where he lived, and Individual O told TEJEDA the street location. Individual O then asked TEJEDA who TEJEDA was with, and TEJEDA responded "MAGIC." Individual O then advised TEJEDA that MAGIC knew where Individual O was located. TEJEDA then verified with MAGIC that MAGIC knew where Individual O was. TEJEDA then advised that they would come by right now.

208.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call Individual O asked TEJEDA to deliver drugs ("Come through by my crib."). TEJEDA, not familiar with Individual O 's residence, enlisted the aid of MADRIGAL to deliver the drugs.

---

POTOCHNEY. In the call, MADRIGAL identified himself as "MAGIC." Police records indicate that MADRIGAL goes by the nickname "MAGIC." Additionally, the telephone number MADRIGAL regularly used to communicate with TEJEDA was subscribed in the name of RODOLFO MADRIGAL.

72

209.    On September 16, 2004, at approximately 8:31 p.m. (call # 5873), BOWLES placed an outgoing telephone call to TEJEDA.    During the call, TEJEDA mentioned that he was "rolling around" with "'P' and 'Rudoo'"[JOSE MELERO and RODOLFO MADRIGAL].[62]   BOWLES asked, "Can I jump in the van or what?"  TEJEDA told BOWLES that they were not in the van. TEJEDA responded, "We might jump in with you nigga, you legit." BOWLES replied, "I ain't legit, legit with what?" TEJEDA then stated, "We rolling around dirty right now." BOWLES stated that he was also "rolling around," and TEJEDA promised to call BOWLES when they got back to the East Side of Aurora.

210.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call TEJEDA, MELERO, and MADRIGAL were driving in a vehicle ("rolling around"). BOWLES assumed they were in MADRIGAL's van and wanted to get in the car with them. TEJEDA said they were not in the van, and that they were driving without a valid license ("I ain't legit") and should get in BOWLES' vehicle. TEJEDA then stated they had cocaine in the vehicle ("we rolling around dirty"). BOWLES and TEJEDA agreed to get together when TEJEDA got back to the east side of Aurora. At or about the time of this call, surveilling agents observed and photographed TEJEDA and MADRIGAL meet with defendant CAROL BANKS at approximately 5:52 p.m.[63]

211.    On September 23, 2004, at approximately 10:28 p.m. (call # 7298), TEJEDA received an incoming telephone call from JOSE MELERO.  MELERO asked to speak with MAGIC. TEJEDA responded that MAGIC was sleeping and MELERO told TEJEDA that MAGIC left "us"

---

[62] CW-6 has advised agents that "P" (a shortened version of "Pep Dog") is a nickname for JOSE MELERO, and "Rudoo" is a nickname for RODOLFO MADRIGAL.
[63]  Agents had previously identified MADRIGAL through an APD booking photo, and had previously identified BANKS through her driver's license photo.

73

stranded, and stated that MAGIC had the "didgi" (phonetic). MELERO further advised, "we can't do shit out here now," and claimed that MAGIC had "fucked the whole demo up." TEJEDA gave MAGIC the telephone, and MELERO berated MAGIC for taking the "didgi" with him, and instructed MAGIC to bring the "didgi "out here." MADRIGAL tried to calm MELERO down, and said that he could not go out there right now, which made MELERO even angrier. MELERO restated, "We can't do nothing...Ain't nothing happening without that." MADRIGAL refused to take the "didgi" to MELERO and said, "Forget the skizzy man." MELERO said, "You got everything else too in the van we need." MADRIGAL then claimed, "I'm on my way." MELERO indicated that he did not believe MADRIGAL, and the telephone was passed back to TEJEDA. MELERO tried to convince TEJEDA to bring MADRIGAL and the van out to him. TEJEDA stated, "I ain't going out there." TEJEDA explained that his house was shot up earlier in the day by "DEVIOUS." MELERO replied, "Why don't you come out here nigga, we'll go out there in the morning, I gotta go out there anyways." TEJEDA refused.

212.     Based on this investigation and my experience, and the experience of other law enforcement agents, "didgi" and "skizzy" are code words for a digital scale, which drug traffickers frequently use to divide larger amounts of drugs into smaller amounts for resale. Additionally, the reference to the "demo" was a reference to a drug operation. MELERO in this call was advising TEJEDA and MADRIGAL that he had cocaine to subdivide and needed the digital scale ("didgi," "skizzy") and other supplies in order to divide it accurately. These items were in MADRIGAL's van ("You got everything else too in the van we need"). At the end of the call, TEJEDA mentioned to MELERO that "DEVIOUS" had shot at his house. MELERO used this fact to try to encourage TEJEDA to bring the scale out by offering to go out with TEJEDA and retaliate against DEVIOUS

74

the following morning ("Why don't you come out here nigga, we'll go out there in the morning, I gotta go out there anyways"). Public records, APD records, and CW-3 have stated that DEVIOUS lives in Oswego ("out there").

### H.   ADRIANNE POTOCHNEY

213.   According to CW-3, ADRIANNE POTOCHNEY is TEJEDA's live-in girlfriend and assists TEJEDA in trafficking cocaine. In numerous intercepted telephone calls, POTOCHNEY spoke with individuals seeking to purchase drugs from TEJEDA. In several of these calls, POTOCHNEY took the callers' orders and relayed the order to TEJEDA. POTOCHNEY also assisted TEJEDA in looking out for police.

214.   On August 14, 2004, at approximately 9:17 p.m. (call # 638), ADRIANNE POTOCHNEY placed an outgoing telephone call to TEJEDA.[64] POTOCHNEY said, "I'm not sure if it is narcos...They're sitting there and they've been sitting there since I walked out." TEJEDA asked, "They in their narco car or what?" POTOCHNEY replied, "Yep."

215.   Based on this investigation and my experience, and the experience of other law enforcement agents, in the call POTOCHNEY warned TEJEDA about the presence of law enforcement near their residence.

216.   On August 31, 2004, at approximately 8:10 p.m. (call # 3492), ADRIANNE POTOCHNEY placed an outgoing telephone call to TEJEDA. In the call, POTOCHNEY told TEJEDA, "I'm at your house." TEJEDA told her, "I'm gonna need a ride in a little bit 'cause 5-0 tried pulling me over... I was in the car and the fucking 5-0 just flipped it on us and we had to

---

64 ADRIANNE POTOCHNEY's voice has been identified, among other ways, through TEJEDA's frequent reference to her over **Target Phone** as ADRIANNE. Both CW-3 and CW-6 have also advised agents that "ADRIANNE" is ADRIANNE POTOCHNEY, TEJEDA's live-in girlfriend.

break." At approximately 8:27 p.m. (call # 3498), POTOCHNEY received an incoming telephone call from TEJEDA. In the call, TEJEDA told POTOCHNEY, "Come pick me up." POTOCHNEY asked, "Where you at?" TEJEDA then gave her directions, and POTOCHNEY agreed to pick TEJEDA up.

217.      Based on this investigation and my experience, and the experience of other law enforcement agents, in the call TEJEDA explained that he was in his car with another person and the police ("5-0") attempted to pull the car over. TEJEDA and the other person ran so as not to get caught with guns and/or drugs.  TEJEDA directed POTOCHNEY to pick him up, and POTOCHNEY agreed. Aurora police records confirm that Aurora police engaged in a car chase with TEJEDA on this date and time.

218.      On September 3, 2004, at approximately 3:20 p.m. (call # 3969), ADRIANNE POTOCHNEY placed an outgoing telephone call to TEJEDA.  In the call, ADRIANNE POTOCHNEY told TEJEDA that she was at her "uncle's."[65]  In the call, ADRIANNE POTOCHNEY advised TEJEDA: "It's a bad ass car...and we got it till Tuesday for a hundred and twenty bucks because they're closed on Monday so we get a day for free." TEJEDA asked, "What'd you get?" ADRIANNE POTOCHNEY replied, "It's an all-black Impala...we're gonna have to come back by over here cause, um, my uncle needs to speak to ya." TEJEDA then stated,"Tell him to just let you know and then come pick me up." ADRIANNE POTOCHNEY agreed.

219.      Surveillance agents then observed POTOCHNEY in a black Impala registered to Enterprise Leasing. Enterprise Leasing has advised Affiant that Individual P rented the vehicle. CW-3 has related that Individual P is the girlfriend of LARRY POTOCHNEY. The phone numbers

---

[65] CW-3 has related that ADRIANNE POTOCHNEY's uncle is LARRY POTOCHNEY.

on the rental contract match those of LARRY POTOCHNEY, ADRIANNE POTOCHNEY, and

SAUL TEJEDA.

220.     Based on this investigation and my experience, and the experience of other law

enforcement agents, in the call ADRIANNE POTOCHNEY explained to TEJEDA that she had

rented an Impala that TEJEDA could use to deliver cocaine in so as to evade law enforcement.[66]

POTOCHNEY then explained to TEJEDA that they were going to have to come back over to

LARRY POTOCHNEY's because he wanted to buy cocaine from TEJEDA ("Speak to ya").

TEJEDA then instructed POTOCHNEY to find out how much LARRY wanted ("Tell him to just

let you know") and then pick TEJEDA up.

221.     On September 16, 2004, between approximately 1:29 p.m. (call# 5805) and 2:06 p.m.

(call# 5816), LARRY POTOCHNEY spoke on the telephone with SAUL TEJEDA or ADRIANNE

POTOCHNEY four times.  During the first call, TEJEDA spoke with ADRIANNE. He asked her

if TEJEDA still had the same "cubbie wubbie (ph) that he had last night." ADRIANNE responded,

"Yeah, I think so." LARRY directed her to have TEJEDA "bring the same cover as last night."

LARRY also told her that he needed "two" of them.  TEJEDA then called LARRY and spoke with

him. LARRY asked if TEJEDA wanted to come to his (LARRY's) place, or come to his (LARRY's)

girlfriend's place. LARRY told TEJEDA, "Just come right now, fuck it, them motherfuckers made

me wait for my money, Individual B and Individual C did, they can wait for their motherfucking

money...I'm gonna need two tires for that car." TEJEDA agreed.  A short time later, LARRY called

---

[66] Agents observed TEJEDA driving at least three different rental vehicles from in or about
August 2004 to October 2004.  Agents knew these cars were rental cars because they ran the
license plates, all of which came back to a rental car company.  In addition, CW-3 has explained
that LARRY POTOCHNEY rented cars for TEJEDA in his girlfriend's name so as to conceal
TEJEDA while he delivered cocaine.

TEJEDA and asked, "Can you bring four tires instead? Three more like last night." TEJEDA agreed. Surveilling agents then observed and photographed TEJEDA meeting with POTOCHNEY in the parking lot of the apartment complex located at 2000 West Illinois in Aurora.

222.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY directed ADRIANNE to have TEJEDA hold two quarter ounces of cocaine for him. LARRY also stated that he wanted the same type of cocaine ("cubbie wubbie") that he had purchased the previous day. ADRIANNE relayed this to TEJEDA, and TEJEDA then called LARRY. LARRY and TEJEDA then agreed to meet and complete the drug transaction. Prior to completing the drug transaction, however, LARRY spoke to his drug customers, and then called TEJEDA to change his order to one ounce ("four tires") of cocaine.

223.    On September 16, 2004, at approximately 8:54 p.m. (call # 5880), ANGIE RODRIGUEZ placed an outgoing telephone call to TEJEDA from ADRIANNE POTOCHNEY's phone.[67] CW-3 and CW-6 have advised agents that ANGIE RODRIGUEZ is ADRIANNE POTOCHNEY's sister. In the call, RODRIGUEZ asked TEJEDA: "You straight right now?" TEJEDA responded that he was. RODRIGUEZ then said, "I need a six pack." RODRIGUEZ then told TEJEDA that the mother at the house where she was did not allow TEJEDA to come over. RODRIGUEZ asked, "Where do you want to meet us? Just tell me." TEJEDA then told RODRIGUEZ that he would call her back. At approximately 9:11 p.m., (call # 5883), RODRIGUEZ again called from POTOCHNEY's phone and spoke with TEJEDA. RODRIGUEZ asked, "What are you doing? I gotta get home." TEJEDA told her, "You gotta hold on too cause I'm doing something right now."

---

[67] CW-3 has told agents that phone number (630) 862-7273 is POTOCHNEY's phone number. CW-3 knows this because s/he has called ADRIANNE POTOCHNEY at this phone number numerous times. ANGIE RODRIGUEZ's voice identification is described in footnote 75.

224.     At approximately 9:27 p.m., (call # 5887) ADRIANNE POTOCHNEY placed an outgoing telephone call to TEJEDA. In the call, TEJEDA asked, "Which way are they going or what?" POTOCHNEY asked, "Should I have them go wait in the street?" TEJEDA said, "Tell them to meet me over there at Shell gas station right there on Eola and New York." POTOCHNEY was then heard saying to someone around her, "He said meet him at the Shell gas station on Eola and New York right now." TEJEDA then instructed POTOCHNEY to tell the individuals to meet him there. POTOCHNEY replied: "I told them already." Shortly after this call, surveillance agents witnessed TEJEDA meet with a female at the Shell gas station at the intersection of Eola and New York.

225.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call ANGIE RODRIGUEZ asked TEJEDA if she could purchase cocaine ("a six-pack") from TEJEDA. TEJEDA agreed, but asked her to wait. Next, ADRIANNE POTOCHNEY called TEJEDA and asked where she should send RODRIGUEZ to buy the cocaine. TEJEDA decided against POTOCHNEY's suggestion to have the buyers wait on the street near TEJEDA's residence, and directed them to a gas station. POTOCHNEY then relayed this information to RODRIGUEZ.

226.     On September 23, 2004, at approximately 5:21 p.m. (call # 7181), ADRIANNE POTOCHNEY placed an outgoing telephone call to TEJEDA. In the call, TEJEDA asked, "What did they say...on the thing?" POTOCHNEY then asked, "On the scanner?," and TEJEDA responded, "Yeah." POTOCHNEY replied, "Just that there were shots fired on Ohio Street and it was just a car that was driving past and now they're looking for whoever they were shooting at. Supposedly,

whoever called in told them that you had already fled the scene so they wanted to ask you some questions just so they could put the pieces together."

227.    Based on this investigation and my experience, and the experience of other law enforcement agents, in the call TEJEDA, who was just shot at by rival gang members, wanted to know what information POTOCHNEY was able to acquire about the incident from listening to a police scanner ("What did they say...on the scanner?").

228.    On September 30, 2004, at approximately 11:00 p.m. (call # 8486), ADRIANNE POTOCHNEY placed an outgoing telephone call over **Target Phone** and spoke with an unknown male. During this social conversation, the unknown male said to POTOCHNEY: "This fucking cocaine is a hell of a drug."

229.    On October 8, 2004, at approximately 5:51 p.m. (call #9545), ADRIANNE POTOCHNEY placed an outgoing call to LARRY POTOCHNEY over **Target Phone**. LARRY POTOCHNEY explained to ADRIANNE that he had just called from a pay phone, and asked her to ask TEJEDA if had any "cover, the same as last time." ADRIANNE then relayed the question to TEJEDA in the background, and told TEJEDA that it was her "Uncle Larry." ADRIANNE returned to the phone and told LARRY yes. LARRY asked if they could come by, and explained that he did not want to park his truck over there. ADRIANNE then directed LARRY to park at the laundromat and walk over.

230.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY POTOCHNEY wanted cocaine from TEJEDA in the same amount that he had previously bought ("the same as last time"). LARRY was concerned about law enforcement detection, and wanted to stay away from TEJEDA's residence.

80

## I.   **LARRY POTOCHNEY**

231.     Intercepted calls reveal that LARRY POTOCHNEY is a close associate and consistent cocaine customer of SAUL TEJEDA. CW-3 and CW-6 have stated that POTOCHNEY is the uncle of TEJEDA's live-in girlfriend, ADRIANNE POTOCHNEY. LARRY POTOCHNEY, who APD has confirmed resides at 800 Hill Avenue, Trailer 34B, Aurora, Illinois, is known to both Aurora Police and Kane County investigators to be a reseller of cocaine in and around Aurora. Court-authorized wire interceptions indicate that POTOCHNEY resells the cocaine he purchases from TEJEDA and also receives cocaine from TEJEDA on credit. NCIC records indicate that POTOCHNEY is a convicted felon.

232.     CW-6 said s/he knows LARRY POTOCHNEY and first witnessed POTOCHNEY buy cocaine from TEJEDA in approximately 2002. CW-6 said that POTOCHNEY generally buys from 3.5 grams to 1 ounce of cocaine at a time, and buys cocaine from TEJEDA up to 5 times each week. CW-6 last witnessed POTOCHNEY buy from TEJEDA in early 2005. As recently as early 2005, CW-6 observed POTOCHNEY with a black Smith and Wesson automatic handgun and a small bag of cocaine at his residence located at 800 Hill Avenue, #34B, Aurora, Illinois. On Friday, February 25, 2005, CW-6 also witnessed POTOCHNEY pull a white powdery substance of what CW-6 believed to be cocaine out of a water-cooler in his trailer, accept $20 from a customer who was in POTOCHNEY's trailer, and deliver him the cocaine.

233.     On August 22, 2004, at approximately 2:18 p.m. (call# 1956), LARRY POTOCHNEY placed an outgoing telephone call to SAUL TEJEDA.[68] POTOCHNEY asked TEJEDA if he was

---

[68] CW-3 identified the phone number used during this call as LARRY POTOCHNEY's. In addition, LAWRENCE POTOCHNEY identified himself as "Larry" in call # 4710 on September 7, 2004.

"working." TEJEDA replied that he was. POTOCHNEY then asked, "Do you got an onion for some chili?" TEJEDA said he would call POTOCHNEY back.

234.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY POTOCHNEY was asking for an ounce ("onion") of cocaine. TEJEDA was selling cocaine when POTOCHNEY called ("working").

235.    On September 7, 2004, at approximately 5:02 p.m. (call# 4710), LARRY POTOCHNEY placed an outgoing telephone call to SAUL TEJEDA.    POTOCHNEY identified himself as "LARRY" and asked if TEJEDA could "Come by here on Illinois Avenue?" He also asked, "Didn't ADRIANNE [POTOCHNEY] already tell you?"    TEJEDA responded, "Yeah, she told me." TEJEDA then asked if POTOCHNEY wanted to "play pool." POTOCHNEY said that he did.

236.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call POTOCHNEY had previously sent word about wanting to purchase cocaine from TEJEDA through his niece, ADRIANNE POTOCHNEY ("Didn't ADRIANNE already tell you?). POTOCHNEY wanted TEJEDA to bring one-eighth of an ounce of cocaine ("play pool") to where he was staying on Illinois Avenue. CW-3 and surveillance by investigators have revealed that POTOCHNEY occasionally stays at 2000 West Illinois, Apartment 501, in Aurora.[69]

237.    On September 16, 2004, between approximately 1:29 p.m. (call# 5805) and 2:06 p.m. (call# 5816), LARRY POTOCHNEY spoke on the telephone with SAUL TEJEDA or ADRIANNE POTOCHNEY four times. During the first call, TEJEDA spoke with ADRIANNE. He asked her if TEJEDA still had the same "cubbie wubbie (ph) that he had last night." ADRIANNE responded,

---

[69] The phone number at that address is subscribed to a woman whose first name is "Melissa." CW-3 has said that POTOCHNEY's girlfriend is named "Missy." Thus, agents believe that this address belongs to LARRY POTOCHNEY"s girlfriend.

"Yeah, I think so." LARRY directed her to have TEJEDA "bring the same cover as last night." LARRY also told her that he needed "two" of them. TEJEDA then called LARRY and spoke with him. LARRY asked if TEJEDA wanted to come to his (LARRY's) place, or come to his (LARRY's) girlfriend's place. LARRY told TEJEDA, "Just come right now, fuck it, them motherfuckers made me wait for my money, [Individual B] and [Individual C] did, they can wait for their motherfucking money...I'm gonna need two tires for that car." TEJEDA agreed. A short time later, LARRY called TEJEDA and asked, "Can you bring four tires instead? Three more like last night." TEJEDA agreed. Surveilling agents then observed and photographed TEJEDA meeting with POTOCHNEY in the parking lot of the apartment complex located at 2000 West Illinois in Aurora.

238.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY directed ADRIANNE to have TEJEDA hold two quarter ounces of cocaine for him. LARRY also stated that he wanted the same type of cocaine ("cubbie wubbie") that he had purchased the previous day. ADRIANNE relayed this to TEJEDA, and TEJEDA then called LARRY. LARRY and TEJEDA then agreed to meet and complete the drug transaction. Prior to completing the drug transaction, however, LARRY spoke to his drug customers, and then called TEJEDA to change his order to one ounce ("four tires") of cocaine.

239.     On October 3, 2004, at approximately 1:25 a.m. (call# 8856), LARRY POTOCHNEY placed an outgoing telephone call to SAUL TEJEDA. LARRY stated that he was going to the boat and asked TEJEDA if he wanted to go. TEJEDA replied, "Not right now." LARRY said, "I was gonna come and pick you up and bring your cheese right to you right quick." TEJEDA again said no. LARRY replied, "You know you don't have to worry about that, I got you covered, do it tomorrow."

240.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY wanted TEJEDA to go with him to the casino boat in Aurora. LARRY mentioned that he was going to bring the money ("cheese") that he owed TEJEDA for previously fronted cocaine. After TEJEDA refused to go, LARRY told TEJEDA not to worry about the money, as he would pay TEJEDA the following day ("You know you don't have to worry about that, I got you covered, do it tomorrow").

241.     On October 8, 2004, at approximately 6:15 p.m. (call# 9551), LARRY POTOCHNEY placed an outgoing telephone call to SAUL TEJEDA. TEJEDA stated, "I'm gonna be on the way right now." LARRY said, "I'm making some hamburgers...I need part of an onion...I need like a half of one." TEJEDA responded, "I'll holler at you right now."

242.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call LARRY asked TEJEDA for one-half ounce of cocaine ("half" of an "onion"). TEJEDA responded that he was on his way to deliver it.

### J.     MARCO ROMERO, aka "TANK"

243.     CW-6 has related that MARCO ROMERO, aka TANK, is a close associate of SAUL TEJEDA. Aurora Police department records show, and CW-6 has stated, that ROMERO was a fellow member of the LATIN HOMEBOYS street gang with TEJEDA, but currently has no known gang affiliation. Surveillance has shown that ROMERO resides at 325 South Avenue in Aurora.

244.     CW-6 said s/he knows ROMERO and first witnessed ROMERO buy cocaine from TEJEDA in approximately 2001. CW-6 relayed that s/he has witnessed ROMERO buy approximately 3.5 grams of cocaine at a time, and stated that s/he has witnessed ROMERO buy cocaine from TEJEDA a minimum of 2-4 times each month, usually on the weekends. CW-6 last

84

witnessed ROMERO buy cocaine from TEJEDA during the spring of 2004. CW-6 has also witnessed TEJEDA front cocaine to ROMERO, and has heard TEJEDA complain about how slow ROMERO is in repaying him. CW-6 has also witnessed TEJEDA drive to ROMERO's house on South Avenue to deliver cocaine to ROMERO.

245.     On August 13, 2004, at approximately 5:34 p.m. (call# 373), MARCO ROMERO placed an outgoing telephone call to SAUL TEJEDA.[70] ROMERO asked TEJEDA, "Can I get double the usual?" TEJEDA asked, "Double the usual or complete?" ROMERO requested "complete," and both agreed to meet.

246.     Based on this investigation and my experience, and the experience of other law enforcement agents, ROMERO in this call told TEJEDA that he needed twice the normal amount of cocaine he usually purchases ("double the usual"). When TEJEDA asked if ROMERO wanted double his normal amount or a full ounce of cocaine ("complete"), ROMERO decided he wanted the full ounce.

247.     On August 14, 2004, at approximately 7:49 p.m. (call# 604), ROMERO placed an outgoing telephone call to SAUL TEJEDA. ROMERO asked if TEJEDA was "doing things." TEJEDA replied, "Yup." ROMERO then asked what was up with the "usual." TEJEDA told ROMERO to give him 15 minutes. ROMERO said, "Just the usual."

---

[70] MARCO ROMERO's voice was identified, among other ways, through the subscriber information assigned to the phone he used to contact TEJEDA. That telephone is subscribed to a female at 325 South Avenue, in Aurora. CW-6 confirmed that the female is ROMERO's girlfriend. In addition, on August 20, 2004, surveilling agents observed TEJEDA arrive at 325 South Avenue following call #1578, a call in which TEJEDA and ROMERO had arranged to meet. Agents knew what ROMERO looked like from having previously viewed an APD booking photo of him.

248.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ROMERO asked TEJEDA if he was currently selling drugs ("doing things") and if he (ROMERO) could get his usual amount of drugs. TEJEDA said yes, and agreed to meet him in 15 minutes.

249.     On August 20, 2004, at approximately 7:36 p.m. (call# 1569), ROMERO placed an outgoing telephone call to TEJEDA. ROMERO asked, "No good or what?" TEJEDA agreed, and ROMERO requested "the usual." The phone then disconnected, and ROMERO called right back, at 7:37 p.m. (call# 1571). ROMERO asked, "What's going on with the usual?" TEJEDA told ROMERO to give him "ten minutes." At 8:06 p.m. (call# 1578), ROMERO called TEJEDA and told him that he was outside of his residence. Surveilling agents observed a Hispanic male outside of 325 South Avenue, Aurora, Illinois, the address to which the phone ROMERO used was subscribed. At approximately 8:14 p.m., surveilling agents then observed TEJEDA arrive at this residence.

250.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ROMERO asked TEJEDA if he had any drugs ("no good or what"), and TEJEDA responded that he did. ROMERO then asked for his usual amount of drugs. When the phone disconnected, ROMERO called back to make sure TEJEDA knew he (ROMERO) wanted his usual amount of drugs.

251.     On August 27, 2004, at approximately 6:16 p.m. (call# 2784), ROMERO placed an outgoing telephone call to SAUL TEJEDA. ROMERO told TEJEDA, "You know what I'm calling for. What's the demo?" TEJEDA asked if he wanted the "usual." ROMERO wanted to know how much for "half that thing." TEJEDA asked if he meant "half the usual?" ROMERO clarified half of

86

the "whole thing." TEJEDA told him "3." ROMERO asked how much for half of that. TEJEDA said, "1 6 0." ROMERO stated, "Do that." TEJEDA replied "Alright man."

252.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ROMERO asked TEJEDA the prices of different amounts of cocaine. ROMERO wanted to know how much for one-half ounce ("half that thing") of cocaine. TEJEDA quoted him a price of $300. ROMERO then asked for the price of one-quarter ounce of cocaine ("half of that"), and TEJEDA quoted him a price of $160. ROMERO then told TEJEDA he wanted one-quarter ounce of cocaine. I know from my training and experience that a quarter-ounce of cocaine generally sells for around $160, and that a half-ounce generally sells for around $300 to $325.

### K.     JOSE ENRIQUE MARTINEZ, aka "KIKE"

253.     CW-3 has related that JOSE E. MARTINEZ is a close associate of SAUL TEJEDA. CW-3 has related that MARTINEZ traffics in cocaine and resells cocaine that he receives from TEJEDA or ANGIE RODRIGUEZ, an individual CW-3 identified as MARTINEZ's then-girlfriend and partner in cocaine trafficking. CW-3 related that both MARTINEZ and RODRIGUEZ have told him/her that they resell the cocaine they receive from TEJEDA in order to make more money. In addition, CW-3 has witnessed MARTINEZ reselling cocaine he bought from TEJEDA. The intercepted calls summarized below confirm the same.

254.     On August 13, 2004, at approximately 10:16 p.m. (call# 452), MARTINEZ [71] placed an outgoing telephone to TEJEDA. MARTINEZ told TEJEDA, "I need that itchy, dog ... I need to borrow it." TEJEDA responded that he would come by and "holler" at MARTINEZ.

255.     Based on this investigation and my experience, and the experience of other law enforcement agents, I know that "itchy" is a common term for a gun. In this call, MARTINEZ was asking TEJEDA for a gun, and TEJEDA told MARTINEZ that he would bring him the gun ("holler" at him).

256.     On September 22, 2004, at approximately 12:27 p.m. (call# 7003), MARTINEZ received an incoming telephone call from TEJEDA. TEJEDA identified himself as "SAUL" to an unknown female who answered the phone. MARTINEZ then spoke with TEJEDA and asked TEJEDA, "You straight?" TEJEDA replied that he was. MARTINEZ asked ANGIE RODRIGUEZ [72] in the background, "Hey baby, what'd you wanna do?" MARTINEZ then returned to the phone and told TEJEDA, "Hey, I need a ball." MARTINEZ asked TEJEDA his location and TEJEDA said he was at the "crib." MARTINEZ advised that he would stop by.

257.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MARTINEZ asked TEJEDA if he had any cocaine to sell (if he was "straight"). TEJEDA confirmed he did. MARTINEZ conferred about the amount of cocaine he wanted to buy with his drug trafficking partner and then-girlfriend, ANGIE RODRIGUEZ, and then

---

[71] JOSE ENRIQUE MARTINEZ's voice was identified, among other ways, when he identified himself as "KIKE" in call #8323. CW-3 and CW-6 have both confirmed that MARTINEZ goes by the names "KIKE" or "RAT." Following an intercepted call between MARTINEZ and TEJEDA, agents later observed and MARTINEZ meet with TEJEDA in a car registered in MARTINEZ's name. Agents knew what MARTINEZ looked like from having previously viewed an APD booking photo of him.

[72] RODRIGUEZ's voice identification is described in footnote 75.

specified to TEJEDA that he needed one-eighth of an ounce of cocaine (a "ball"). MARTINEZ told TEJEDA that he would come over to TEJEDA's house ("crib") to pick up the cocaine.

258.    On September 29, 2004, at approximately 6:57 p.m. (call# 8323), MARTINEZ placed an outgoing telephone call to TEJEDA. MARTINEZ identified himself as "KIKE" and asked TEJEDA, "You can't come through?" TEJEDA replied, "I can't come through right now." MARTINEZ then asked, "You at the crib? Can we go through?" TEJEDA agreed. Shortly after this call surveilling agents observed MARTINEZ arrive at TEJEDA's residence[73] in a car registered to him, enter, and then leave a short time later.

259.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MARTINEZ asked TEJEDA if he would deliver cocaine to his (MARTINEZ's) house. When TEJEDA told MARTINEZ that he could not, MARTINEZ suggested that he and another individual ("we") should then go to TEJEDA's house to pick up the cocaine. "We" was a reference to ANGIE RODRIGUEZ, MARTINEZ's live-in girlfriend at the time and drug distribution partner, as outlined herein.

260.    On September 30, 2004, at approximately 8:20 p.m. (call# 8450), MARTINEZ placed an outgoing telephone call to TEJEDA. MARTINEZ identified himself as "KIKE" and asked TEJEDA, "You straight?" TEJEDA told MARTINEZ he was, but was about to go eat. MARTINEZ replied, "You can't bring it to me then?" TEJEDA asked MARTINEZ, "The same thing or what?" MARTINEZ confirmed that he wanted "A half or a six pack." TEJEDA stated that he would go "over there and drop it off." MARTINEZ agreed. Surveilling agents then observed TEJEDA drive

---

[73] TEJEDA resided at the time at 1000 Superior Street in Aurora. Agents first learned this from APD records, and it has since been confirmed through numerous surveillances. CW-6 related that TEJEDA moved to 2748 Village Green Drive, Apartment B2, in Aurora, in January of 2005.

and park on the 500 block of Woodlawn Avenue, in Aurora, an area in which surveilling agents had observed MARTINEZ's car numerous times before.

261. Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MARTINEZ asked TEJEDA if he had any cocaine to sell (if he were "straight"). TEJEDA replied that he did, and asked MARTINEZ if he wanted the same thing, i.e., the same amount of cocaine that he had bought previously ("the same thing or what"). MARTINEZ replied that he just wanted "half" or a "six-pack," indicating that he only wanted half of the previous amount of cocaine, an amount I know both from my training and experience and from CW-2 to be equal to one-sixteenth of an ounce of cocaine.

262. On October 3, 2004 between 3:02 p.m. and 3:47 p.m. (calls# 8908 and 8916), two outgoing telephone calls were placed to TEJEDA. During the first call, at approximately 3:02 p.m., MARTINEZ told defendant ADRIANNE POTOCHNEY, TEJEDA's girlfriend, to ask TEJEDA if he was "straight." POTOCHNEY was heard asking TEJEDA in the background, "Are you straight?" MARTINEZ interrupted POTOCHNEY and told her, "I need one of those like he gave me at the castle yesterday." POTOCHNEY relayed the same to TEJEDA, and then told MARTINEZ, "He said you gotta wait for that." During the second call, at approximately 3:47 p.m., ANGIE RODRIGUEZ asked POTOCHNEY, "When SAUL going to do that? ... We need Saul to do that so we can make that money off that bitch." RODRIGUEZ then asked POTOCHNEY, "We can't go over there or what?" POTOCHNEY replied, "I don't think he has anything over here." They agreed to have TEJEDA make a return phone call.

263. Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MARTINEZ asked POTOCHNEY to ask TEJEDA if he had any

90

cocaine to sell ("straight"). MARTINEZ told POTOCHNEY to tell TEJEDA that he wanted the same quantity of cocaine that TEJEDA delivered to him yesterday at a location they refer to as the "castle." POTOCHNEY relayed this request to TEJEDA and TEJEDA told POTOCHNEY that MARTINEZ would have to wait for the cocaine ("wait for that"). TEJEDA did not have that quantity of cocaine available at that time, and told POTOCHNEY to relay so to MARTINEZ. RODRIGUEZ then asked POTOCHNEY for a time when TEJEDA was going to deliver the cocaine, as when RODRIGUEZ told POTOCHNEY, "We need Saul to do that so we can make that money off that bitch," RODRIGUEZ was referring to money that was to be gained upon the resale of the cocaine that TEJEDA was to deliver to RODRIGUEZ and MARTINEZ.

264.     On October 6, 2004, at approximately 12:58 p.m. (call# 9244), MARTINEZ placed an outgoing telephone call to TEJEDA. MARTINEZ asked TEJEDA, "Are you straight?" and TEJEDA replied, "Yup." MARTINEZ told TEJEDA that he was with ANGIE [RODRIGUEZ] at "Ol girl's crib" and stated, "I'm going to go run and grab that money." TEJEDA asked, "What you want, that whole thing?" MARTINEZ replied, "Yeah, that big thing, yeah the same thing." TEJEDA agreed. Surveilling agents then drove to 519 Woodlawn Avenue, in Aurora, MARTINEZ and RODRIGUEZ's residence at the time,[74] and observed TEJEDA leaving the residence. Surveilling agents further observed MARTINEZ's vehicle parked in the driveway.

265.     Based on this investigation and my experience, as well as the experience of other law enforcement agents, in this call MARTINEZ asked TEJEDA if he (TEJEDA) had any cocaine to sell ("straight"), and TEJEDA confirmed that he did. MARTINEZ then told TEJEDA that he was going to go get the money for the cocaine, likely from a cocaine customer of MARTINEZ's. In addition,

---

[74] CW-3 said that MARTINEZ and RODRIGUEZ lived at this address, and agents had observed MARTINEZ's car parked there on several occasions.

because of the amount involved ("that big thing"), MARTINEZ was going to resell the cocaine that TEJEDA was to deliver to him. When TEJEDA asked MARTINEZ if he wanted the "whole thing," and MARTINEZ confirmed by saying that he wanted the "big thing," they were referring to an ounce of cocaine. I believe this because MARTINEZ had always requested fractional amounts before this call (such as a "half").

### L.    ANGIE RODRIGUEZ

266.     Both CW-3 and CW-6 have related that ANGIE RODRIGUEZ is a close associate of SAUL TEJEDA and the sister of TEJEDA's live-in girlfriend, ADRIANNE POTOCHNEY. Both CWs have also related that ANGIE RODRIGUEZ was the live-in girlfriend of defendant JOSE ENRIQUE MARTINEZ, as outlined earlier.[75] Both CWs have also related that RODRIGUEZ and MARTINEZ traffic in cocaine, and that MARTINEZ generally received his cocaine directly from TEJEDA or from TEJEDA through RODRIGUEZ.

267.     CW-6 stated that s/he knows ANGIE RODRIGUEZ. CW-6 said RODRIGUEZ started dealing drugs with TEJEDA in approximately 2002. CW-6 first witnessed RODRIGUEZ buy cocaine from TEJEDA in approximately 2003. CW-6 said that based on what s/he has witnessed, RODRIGUEZ buys between .5 grams up to an ounce of cocaine at a time from TEJEDA. CW-6 has further related that RODRIGUEZ will buy cocaine from TEJEDA up to 8 times each month. CW-6 last witnessed RODRIGUEZ buy cocaine from TEJEDA in early 2005.

268.     On January 29, 2005, CW-6 wore a body-recording device and visited TEJEDA at his new apartment at 2748 Village Green Drive. While at the apartment, CW-6 observed TEJEDA take out of the kitchen cabinet a white powdery substance that CW-6 believed to be approximately a

---

[75] CW-3 related on January 31, 2005, that MARTINEZ and RODRIGUEZ were no longer living together. Agents are inferring that their relationship may therefore have ended.

quarter kilo of cocaine. CW-6 then watched TEJEDA package the cocaine into a smaller package. Defendant ANGIE RODRIGUEZ was also at the apartment at this time, and CW-6 heard her ask TEJEDA for an ounce of cocaine.[76] CW-6 then drove TEJEDA as he delivered the cocaine he had just packaged to his customers. At one point, a customer requested a quarter of an ounce of cocaine, which TEJEDA did not have. TEJEDA and CW-6 then returned to TEJEDA's apartment, where TEJEDA retrieved the additional cocaine and returned to deliver it to that customer.

269.     On September 28, 2004, at approximately 3:27 p.m. (call#8190), ANGIE RODRIGUEZ placed an outgoing telephone call to SAUL TEJEDA. RODRIGUEZ told TEJEDA she was bringing over the dog. RODRIGUEZ told TEJEDA, "Hook it up with a ball and 225" for the dog. TEJEDA then had problems hearing RODRIGUEZ, and RODRIGUEZ said she would talk to TEJEDA when she got to his place. A few minutes later, at approximately 3:42 p.m. (call# 8194), RODRIGUEZ called TEJEDA and told him to come open his door because she was there. Nearby surveilling agents observed and photographed RODRIGUEZ and MARTINEZ standing outside TEJEDA's residence at this time. RODRIGUEZ was carrying a puppy.[77]

270.     Based on this investigation and my experience, and the experience of other law enforcement agents, RODRIGUEZ was selling a puppy to TEJEDA for one-eighth of an ounce of cocaine and $225. During an earlier intercepted call, RODRIGUEZ had indicated she wanted $325 for the puppy. One-eighth of an ounce of power cocaine sells for about $100.

---

[76] CW-6 did not know if TEJEDA gave it to her.

[77] RODRIGUEZ's voice was identified, among other ways, during a September 28, 2004 telephone call when she called **Target Phone** and asked TEJEDA to speak to her "sister." CW-3 and CW-6 have related that RODRIGUEZ and ADRIANNE POTOCHNEY are sisters. Agents knew what RODRIGUEZ looked like because they had previously viewed an APD booking photo of her.

271.     On that same date, at approximately 5:48 p.m.(call# 8206), ANGIE RODRIGUEZ placed an outgoing telephone call to SAUL TEJEDA. RODRIGUEZ told TEJEDA, "You know when I took the dog over there today...four of them all together...You got that? ....how much?" TEJEDA told her "3 2 5." RODRIGUEZ said she would call back.  At approximately 5:52 p.m. (call# 8208), RODRIGUEZ called back and told TEJEDA, "Hey, give me 15 minutes, we'll be there."

272.     Based on my experience and this investigation, and the experience of other law enforcement agents, in this call RODRIGUEZ wanted an amount of cocaine from TEJEDA, and he told her the price would be $325. Based on the quoted price, Affiant believes that RODRIGUEZ was purchasing a half of an ounce of cocaine from TEJEDA, since a whole ounce generally sells for $650.

273.     On September 30, 2004, at approximately 11:52 a.m. (call# 8365), ANGIE RODRIGUEZ placed an outgoing telephone call to SAUL TEJEDA. RODRIGUEZ was heard on the phone before TEJEDA answered saying, "I be getting them for, like, 6." TEJEDA answered and RODRIGUEZ asked him how much for a "whole one." TEJEDA replied, "Six and a half." RODRIGUEZ then asked, "And for a quarter?" TEJEDA replied, "About 1 9 0." RODRIGUEZ said she would call back. A few minutes later, at approximately 11:56 a.m. (call# 8367), RODRIGUEZ called back and told TEJEDA, "We're going to be over there right now." TEJEDA told her he was getting a haircut and that it would be 20 minutes. RODRIGUEZ replied, "They need it right now," and TEJEDA agreed to meet RODRIGUEZ in 20 minutes.

274.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RODRIGUEZ was talking to someone in the background before

94

speaking to TEJEDA, and told this person that she has been buying a full ounce of power cocaine for $600. RODRIGUEZ then asked TEJEDA the price for an ounce of cocaine ("whole one"), and TEJEDA quoted her a price of $650. RODRIGUEZ then asked the price of a quarter ounce of cocaine ("quarter"), and TEJEDA quoted her a price of $190. RODRIGUEZ called back approximately four minutes later and told TEJEDA she and another person ("we'll") were on their way over. When TEJEDA said he could not meet for 20 minutes, RODRIGUEZ then told TEJEDA her customers needed the drugs right away.

275.     On October 2, 2004, at approximately 3:08 p.m. (call# 8687), ANGIE RODRIGUEZ placed an outgoing telephone call to SAUL TEJEDA. RODRIGUEZ told TEJEDA she needed "one of those halves." TEJEDA told her he would call back. RODRIGUEZ wanted to know how long before he would call back so she can "let him know." TEJEDA said 20 minutes. RODRIGUEZ then said, "Hey, you know which one I'm talking about, the big one."

276.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RODRIGUEZ told TEJEDA she needed one-half of an ounce of power cocaine ("one of those halves"). TEJEDA wanted to call her back in 20 minutes, and RODRIGUEZ needed to know how long it would be so she could tell her customer.

277.     On October 6, 2004, at approximately 4:57 p.m. (call# 9284), ANGIE RODRIGUEZ received an incoming telephone call from SAUL TEJEDA. RODRIGUEZ told TEJEDA she wanted to talk to ADRIANNE. POTOCHNEY got on the phone, and RODRIGUEZ asked POTOCHNEY if she had any Vicodin. POTOCHNEY said she "sold them all...I sold all mine." RODRIGUEZ told POTOCHNEY somebody was looking for some.

95

278.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RODRIGUEZ asked POTOCHNEY if she (POTOCHNEY) had any Vicodin that RODRIGUEZ could sell.

### M.     JUAN ESCAMILLA, aka "MAGU"

279.     Intercepted phone calls reveal that JUAN ESCAMILLA is a regular buyer of cocaine from SAUL TEJEDA. Aurora Police Department records indicate that ESCAMILLA is a LATIN KING Street Gang member. In addition, ESCAMILLA was overheard at the conclusion of a telephone call using the LATIN KING salutation "Corona," which translates from Spanish into "crown."

280.     As indicated by the intercepted calls outlined below, ESCAMILLA resells the cocaine he purchases from TEJEDA and also receives cocaine from TEJEDA on credit. In addition, CW-6 said s/he is acquainted with ESCAMILLA and first witnessed ESCAMILLA buy cocaine from TEJEDA in approximately 2003. CW-6 has observed ESCAMILLA buying from .5 to 14 grams of cocaine at a time, and has observed that ESCAMILLA buys cocaine from TEJEDA up to 3 times each week. CW-6 last witnessed ESCAMILLA buy cocaine from TEJEDA during the Spring of 2004.

281.     On August 13, 2004, at approximately 4:25 p.m. (call# 347), ESCAMILLA received an incoming telephone call from SAUL TEJEDA.[78]  ESCAMILLA told TEJEDA, "Nah (ph), forget it, cause I already grabbed it. I'll probably hit you up in about a half an hour."

---

[78] JUAN ESCAMILLA's voice was identified, among other ways, when he identified himself as "MAGU" in call #347. CW-6 and APD records have confirmed that MAGU is JUAN ESCAMILLA, and on September 23, 2004, following call #7257 between ESCAMILLA and TEJEDA, surveilling agents observed ESCAMILLA meeting with TEJEDA. Agents knew what ESCAMILLA looked like from having previously viewed and APD booking photo of him.

282.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA had previously attempted to reach TEJEDA without success, and had therefore obtained a quantity of cocaine from a third party.

283.     On August 13, 2004, at approximately 8:46 p.m. (call# 409), ESCAMILLA placed an outgoing telephone call to SAUL TEJEDA. Prior to TEJEDA answering the telephone, an unknown male was heard in Spanish asking ESCAMILLA, "Is everything good?" ESCAMILLA was heard responding to the unknown male, "I'm going to tell him right now." ESCAMILLA then asked TEJEDA if he (TEJEDA) could bring it to his (ESCAMILLA's) "crib." TEJEDA said he was "already right here, pulling in right now." ESCAMILLA responded, "Alright then, cool."

284.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA had a drug customer waiting and the customer wanted his drugs delivered to ESCAMILLA'S house. ESCAMILLA told the customer that he would ask TEJEDA.  When ESCAMILLA then asked TEJEDA if he could bring the drugs to his (ESCAMILLA's) house ("crib"), TEJEDA had already arrived at the house.

285.     On August 13, 2004 at approximately 8:47 p.m. (call# 411), about one minute after this delivery, ESCAMILLA received an incoming telephone call from TEJEDA. TEJEDA told ESCAMILLA, "You only gave me 45. You know that, right?" ESCAMILLA responded, "I'll hit you up right now, I'm in here busy." TEJEDA said, "You better hit me up man, you already owe me some cheese." ESCAMILLA replied, "I got you."

286.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA had only paid TEJEDA $45.00 for the cocaine he had just purchased, which was not the full amount owed. ESCAMILLA confirmed with TEJEDA that

97

he would repay his debt as soon as possible, but stated that he was currently busy distributing the drugs he had just purchased. In addition, this call reflects that TEJEDA had fronted ESCAMILLA drugs in the past, and that ESCAMILLA owed TEJEDA money ("cheese") at the time of this call.

287.　　　On August 16, 2004, at approximately 9:10 p.m. (call# 1003), ESCAMILLA placed an outgoing telephone call to TEJEDA. ESCAMILLA told TEJEDA, "Bring me a one of those and a half of one, a six." TEJEDA agreed. Surveilling agents then observed TEJEDA and ESCAMILLA meet at the corner of Woodruff and Grove in Aurora.

288.　　　Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA requested that TEJEDA bring him drugs, specifically, one-eighth ounce of cocaine and an additional one-sixteenth ounce of cocaine ("one of those and a half of one, a six").

289.　　　On September 10, 2004, between approximately 5:08 p.m. (call# 5323) and 9:27 p.m. (call# 5384), ESCAMILLA spoke on the telephone with TEJEDA seven times. ESCAMILLA asked TEJEDA, "Are you working?" TEJEDA said that he was working and ESCAMILLA told him that he (ESCAMILLA) would hit him (TEJEDA) up in a minute. During another conversation (call# 5353), ESCAMILLA asked TEJEDA, "Want to play a game of pool?" TEJEDA agreed and ESCAMILLA told TEJEDA, "Come through, right here on Spencer." TEJEDA told ESCAMILLA, "Ten minutes." During a subsequent conversation (call# 5376), ESCAMILLA asked TEJEDA, "How long? ...These niggas waiting on that shit." TEJEDA agreed and responded, "Like five minutes man."

290.　　　Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA asked TEJEDA if he had cocaine to sell ("working").

98

TEJEDA indicated that he did have cocaine for sale. ESCAMILLA then requested one-eighth of an ounce of cocaine ("play a game of pool"). TEJEDA agreed, and ESCAMILLA asked TEJEDA to stop by and deliver the drugs ("come through"). ESCAMILLA asked TEJEDA to come to a house on Spencer, which agents believe to be ESCAMILLA's based on APD records.[79] During the last conversation, ESCAMILLA revealed that he had customers waiting ("These niggas waiting on that shit").

291.     On September 21, 2004, at approximately 7:40 p.m. (call# 6947), ESCAMILLA placed an outgoing telephone call to TEJEDA. ESCAMILLA identified himself as "MAGU" and asked TEJEDA, "Can I get two? Can you come through?" He explained to TEJEDA that he was on Spencer. TEJEDA told ESCAMILLA, "Give me like twenty minutes."

292.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA ordered a specific quantity of cocaine ("can I get two") and asked TEJEDA to bring it to his house on Spencer.

293.     On September 24, 2004 between approximately 4:02 p.m. and 4:46 p.m., ESCAMILLA spoke with TEJEDA on the telephone four times. During the first conversation (call# 7143), ESCAMILLA asked to meet TEJEDA. TEJEDA requested that ESCAMILLA call him up when he got to the east side. During the third call (call#7163), ESCAMILLA told TEJEDA, "Let's play two games of pool." TEJEDA agreed. During the fourth call (call# 7165), ESCAMILLA told TEJEDA, "I'm right here at the castle, I'm in a red Seabreeze." Approximately one hour later, at around 6:02 p.m. (call# 7194), ESCAMILLA placed an outgoing call to TEJEDA and requested, "Can we meet

---

[79] Sometime around February of 2005, APD informed agents that the entire ESCAMILLA family had moved from the home on Spencer.

again, same place?" TEJEDA said, "Not yet, call me up in like twenty minutes." ESCAMILLA agreed.

294.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCAMILLA asked TEJEDA to meet him. During the subsequent calls, ESCAMILLA requested two one-eighth ounce quantities of cocaine ("Let's play two games of pool"). TEJEDA then told ESCAMILLA he was at the "castle," which was the location where the cocaine transaction was to occur.

### N.     MIGUEL RIOS, aka "MIGUE"

295.     As outlined below, MIGUEL RIOS, aka MIGUE, is a close associate of SAUL TEJEDA. According to CW-6, MIGUEL RIOS is a former LATIN HOMEBOY. In addition, CW-6 related that TEJEDA told CW-6 about an incident in November of 2004, when defendants APOLINAR DELGADO RIOS and MIGUEL RIOS told TEJEDA where multiple kilos of cocaine were being stored in a garage. Defendants TEJEDA, MELERO, and MADRIGAL then broke into the garage and stole 4 kilos of cocaine, and each, along with both APOLINAR and MIGUEL RIOS, received 3/4 of a kilo as their cut.

296.     CW-6 has advised agents that s/he knows MIGUEL RIOS and first witnessed RIOS buy cocaine from TEJEDA in approximately 2001. According to CW-6, MIGUEL RIOS buys 4.5 to 9 ounces of cocaine approximately 1 - 2 times each week from TEJEDA. CW-6 estimates that s/he has witnessed TEJEDA sell MIGUEL RIOS a total of approximately 1.5 kilograms of cocaine. CW-6 advised that s/he observed several of these transactions occur at MIGUEL RIOS' residence on the corner of Ohio and Liberty in Aurora, Illinois. CW-6 advised agents that s/he last observed MIGUEL RIOS buy cocaine from TEJEDA during the spring of 2004. CW-6 has also witnessed TEJEDA

"front" cocaine to MIGUEL RIOS. CW-6 has also witnessed that MIGUEL RIOS selling cocaine on the same day that he bought from TEJEDA, and thus CW-6 believes that RIOS was reselling the cocaine he bought from TEJEDA . CW-6 also know that several of TEJEDA's customers are former customers of RIOS. In addition, CW-6 related that s/he observed MIGUEL RIOS carrying a .357 pistol in or about the summer 2003, and that sometime later, MIGUEL RIOS told him/her that defendant MILTON GARCIA had stolen a .357 pistol from him (MIGUEL RIOS). GARCIA then attempted to resell the gun to CW-6.

297.    On August 28, 2004, at approximately 12:49 p.m., (call # 2882) TEJEDA placed an outgoing telephone call to MIGUEL RIOS.[80]  RIOS asked TEJEDA if he was at his spot.  RIOS then asked if TEJEDA was "no good or what?"  TEJEDA responded that he would be when he got up.

298.      Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MIGUEL RIOS asked TEJEDA if he had drugs for sale ("no good or what").  TEJEDA then told MIGUEL RIOS that he would be able to sell drugs to MIGUEL RIOS after TEJEDA got up.

299.      On September 5, 2004, at approximately 8:09 p.m. (call# 4482), RIOS placed an outgoing telephone call to TEJEDA.  Before MIGUEL RIOS reached TEJEDA's voice mail, MIGUEL RIOS was heard talking to a male in the background about another car that was following them.  MIGUEL RIOS told the other male that he was going to make a "u-turn" and directed the other male to "be ready and gun 'em up" if the car followed them.

---

[80] MIGUEL RIOS's voice has been identified, among other ways, through an August 28, 2004 call (call # 2882) in which TEJEDA called and RIOS identified himself as "MIGUE." CW-3 and CW-6 have identified "MIGUE" as MIGUEL RIOS.

300.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call MIGUEL RIOS and at least one additional male believed that they were being followed by an enemy. MIGUEL RIOS then stated he was going to make a u-turn and instructed the other male to shoot at the car if the other car followed them.

301.     On September 5, 2004, at approximately 10:47 p.m. (call# 4512), MIGUEL RIOS placed an outgoing telephone call to TEJEDA. MIGUEL RIOS asked TEJEDA if he was "working." TEJEDA responded that he was not working right now.

302.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call MIGUEL RIOS asked TEJEDA if he was selling drugs ("working"). TEJEDA responded that he was not.

303.     On September 18, 2004, at approximately 5:15 p.m. (call# 6306), MIGUEL RIOS placed an outgoing telephone call to TEJEDA. During the call, MIGUEL RIOS asked TEJEDA is he was "straight," and TEJEDA responded that he was. The two then discussed where they were going to meet. MIGUEL RIOS then asked TEJEDA, "What do I have to go get it or what? It is for my brother bro, it is not really for me."

304.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call MIGUEL RIOS asked TEJEDA if he had drugs to sell ("straight") and TEJEDA responded positively. MIGUEL RIOS then informed TEJEDA that the drugs he wanted to purchase were not for him but intended for his brother. APD officers have informed agents that MIGUEL RIOS's brother is defendant HERIVERTO RIOS.

305.     Approximately two hours later, at 7:28 p.m. (call # 6346), MIGUEL RIOS placed an outgoing call to TEJEDA. MIGUEL RIOS told TEJEDA he was coming for the "balls." TEJEDA

102

responded that he was warming up his motorcycle behind "LARRY's" and directed MIGUEL RIOS to "come through." MIGUEL RIOS responded, "I'll be over there." MIGUEL RIOS then hung up the telephone, but TEJEDA's phone line did not disconnect. In the background, a male was heard asking TEJEDA if he was "straight." TEJEDA responded "yes."

306.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call MIGUEL RIOS was seeking cocaine from TEJEDA ("balls."). "Balls" are one-ounce quantities of cocaine. TEJEDA then directed MIGUEL RIOS to the back of LARRY BOWLES's residence on Superior Street. Around the time that this call occurred, surveilling agents observed TEJEDA standing outside on the sidewalk with his motorcycle helmet in hand on Superior Street.

## O.     CRUZ SAMANIEGO

307.   CW-6 has related that CRUZ SAMANIEGO is a cousin of TEJEDA's and purchases cocaine from him. CW-6 knows SAMANIEGO and first witnessed SAMANIEGO buy cocaine from TEJEDA in approximately 2001. CW-6 related that from what s/he has seen of SAMANIEGO and TEJEDA's relationship, SAMANIEGO buys approximately ½ gram to 1 ounce of cocaine from TEJEDA approximately every day. CW-6 estimates that s/he has witnessed SAMANIEGO buy cocaine from TEJEDA more than 50 times during an eighteen month period. CW-6 last observed SAMANIEGO buy cocaine from TEJEDA during the spring of 2004.

308.   In addition, as described in paragraph 53, CW-7 participated in a controlled purchase of cocaine from SAMANIEGO and TEJEDA.

309.     On September 9, 2004, at approximately 11:44 p.m. (call# 5175), CRUZ SAMANIEGO placed an outgoing telephone call to SAUL TEJEDA.[81] SAMANIEGO asked TEJEDA his location. TEJEDA responded, "I'm over here on Indian Trail, man, it's no good though."

310.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call TEJEDA told SAMANIEGO that he had no cocaine for sale ("no good").

311.     On October 1, 2004 at approximately 7:32 p.m. (call# 8613), SAMANIEGO placed an outgoing telephone call to SAUL TEJEDA. In the call, SAMANIEGO asked TEJEDA, "Where you at?" TEJEDA responded that he was on Farnsworth Street. SAMANIEGO then told TEJEDA, "Come through." TEJEDA responded, "I'll be over there in like three minutes."

312.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call SAMANIEGO asked TEJEDA's location in order to determine when TEJEDA could deliver cocaine to SAMANIEGO. SAMANIEGO then advised TEJEDA to deliver the cocaine ("come through"). Moreover, surveillance has revealed that SAMANIEGO resides with his family at 173 North Loucks in Aurora, an address only a few blocks from Farnsworth Street, where TEJEDA indicated he was in the call. Thus, it is reasonable to believe that the trip would only take three minutes.

313.     On October 8, 2004 at approximately 1:59 p.m. (call# 9448), CRUZ SAMANIEGO placed an outgoing telephone call to SAUL TEJEDA. In the call, SAMANIEGO asked TEJEDA,

---

[81] SAMANIEGO's voice has been identified, among other ways, through several intercepted calls TEJEDA placed asking for "CRUZ." CW-6 has identified "CRUZ" as SAMANIEGO. Additionally, the telephone number that CRUZ used during calls with TEJEDA, (630) 585-1032, is subscribed to by a man CW-6 has identified as CRUZ's father.

104

"You working right now?" TEJEDA responded that he was working, but said that he was getting his hair cut at the moment. TEJEDA then advised SAMANIEGO: "Just stay right there man." SAMANIEGO agreed.

314. Based on this investigation and my experience, and the experience of other law enforcement agents, in the call SAMANIEGO asked TEJEDA if he was selling cocaine ("working"). TEJEDA indicated he was willing to sell cocaine, and then TEJEDA agreed to bring the cocaine to SAMANIEGO after his hair cut.

315. On October 8, 2004, at approximately 9:28 p.m. (call# 9597), SAMANIEGO placed an outgoing telephone call to TEJEDA. In the call, SAMANIEGO told TEJEDA, "I'll be at your house in like seven minutes." TEJEDA replied, "Man, I didn't tell you to come to my crib...go to your crib." SAMANIEGO responded, "Let's meet up somewhere else." TEJEDA then directed SAMANIEGO, "Go to Fenton...You know how you're coming from your crib...passing up Ohio, right there, right away, by the school." SAMANIEGO replied, "Alright then, I'll be there." At approximately 9:45 p.m. (call# 9605), SAMANIEGO again spoke with TEJEDA, and TEJEDA asked SAMANIEGO, "Where you at man?" SAMANIEGO replied, "Right here on Fenton and Stuart." TEJEDA then told SAMANIEGO, "Alright, I'll be out there right now." At approximately 9:53 p.m. (call# 9607), SAMANIEGO received an incoming call from TEJEDA, and TEJEDA asked SAMANIEGO, "How much money did I give you back man?" SAMANIEGO replied, "Let me check...fifteen." TEJEDA then asked, "I didn't give you twenty five?" SAMANIEGO stated, "No, you only gave me fifteen." TEJEDA replied, "Motherfucker, better not be lying man!"

316. Based on this investigation and my experience, and the experience of other law enforcement agents, in this call TEJEDA and SAMANIEGO arranged to meet and conduct a drug

transaction. During the call, neither party wanted to conduct the transaction at their house. TEJEDA then directed SAMANIEGO to a location in the neighborhood near a school. SAMANIEGO called to tell TEJEDA that he was instead at the intersection of Fenton and Stuart. TEJEDA then realized he was short ten dollars and then questioned SAMANIEGO about the amount of money he gave back to SAMANIEGO as change.

### P.     MILTON GARCIA, aka "MILK DUD"

317.     As revealed by intercepted calls, MILTON GARCIA purchases cocaine from TEJEDA. According to APD records and CW-6, GARCIA is a former LATIN HOMEBOY street gang member. According to CW-6, GARCIA's nickname is "Milk Dud."

318.     CW-6 has advised agents that s/he knows GARCIA and first witnessed GARCIA buy cocaine from TEJEDA in approximately 2002. According to CW-6, GARCIA buys approximately 1 gram to 1 ounce of cocaine from TEJEDA approximately 2-4 times each month. CW-6 last witnessed GARCIA buy cocaine from TEJEDA during the winter of 2003. In addition, CW-6 has witnessed TEJEDA "front" cocaine to GARCIA, and has witnessed GARCIA resell cocaine that he has bought from TEJEDA. CW-6 has advised agents that s/he estimates s/he has witnessed GARCIA buy cocaine from TEJEDA on up to approximately 10 occasions. CW-6 has observed GARCIA both come to TEJEDA's house to buy cocaine, and observed TEJEDA deliver cocaine directly to GARCIA.

319.     On August 20, 2004, at approximately 5:23 p.m. (call# 1529), GARCIA placed an outgoing telephone call to TEJEDA.[82] In the call, GARCIA asked TEJEDA if he could "come

---

[82] GARCIA's voice has been identified, among other ways, through a September 4, 2004 (call # 4243), when GARCIA called **Target Phone** and asked to speak to TEJEDA. GARCIA identified himself as "MILTON." After this, POTOCHNEY yelled to TEJEDA that "MILTON" was on the phone. TEJEDA told POTOCHNEY that he would call "MILTON" back. The

through." TEJEDA responded, "You want to play some pool or what?" GARCIA answered affirmatively and they agreed to meet.

320.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call GARCIA wanted to see TEJEDA and purchase one-eighth of an ounce of cocaine ("You want to play some pool or what?"), to which TEJEDA agreed. Surveilling agents then photographed GARCIA and TEJEDA meeting outside of 1650 Solfisburg Avenue, in Aurora.[83]

321.     On August 21, 2004, at approximately 8:17 p.m. (call # 1806), GARCIA placed an outgoing telephone call to SAUL TEJEDA. Before GARCIA reached TEJEDA's voice mail, GARCIA was heard talking to a female in the background. In this conversation, the female advised GARCIA she wanted green, and GARCIA answered that he wanted white. The female said she had the green right there. GARCIA answered: "100 makes the world go round." The female next told GARCIA that another individual, hereinafter referred to as Individual L, needed "two" and that she needed "one."

322.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call the unknown female and GARCIA were discussing amongst themselves what kind of drugs they wanted. The female wanted marijuana, and GARCIA wanted cocaine. When the female then said she had "the green right there," she told GARCIA that she had money available for the purchase of drugs. When GARCIA said that "100 makes the world go round," he was quoting the standard price for an 8-ball of cocaine in Aurora.

telephone number GARCIA called from, (630) 715-7257, is a number CW-6 has advised agents that s/he has contacted GARCIA at numerous times.
[83] Agents knew what GARCIA looked like from having previously viewed an APD booking photo of him.

323.    On August 21, 2004, at approximately 9:27 p.m. (call# 1836), GARCIA placed an outgoing telephone call to TEJEDA. Before GARCIA reached TEJEDA's voice mail, GARCIA was again heard talking to a female in the background. The female asked GARCIA about the identity of an unknown person, and GARCIA responded: "It's the custy dude...some work." The female then asked: "Where is that one at?" GARCIA responded that it was in his pocket. The female then told GARCIA to give it to her.

324.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call the female asked GARCIA the identity of an unknown person. GARCIA then told her the individual was his customer ("custy"). Additionally, GARCIA told the female that the cocaine was in his pocket. The female then asked for the cocaine.

325.    On August 24, 2004, at approximately 6:53 p.m. (call# 2312), TEJEDA received an incoming call from MILTON GARCIA . In the call, GARCIA told TEJEDA, "I wanted to play some pool, want to go?" TEJEDA agreed and told GARCIA to go to his "crib." GARCIA agreed. At the same time, surveilling agents photographed TEJEDA arrive at 1636 Liberty Street, in Aurora, and enter GARCIA's vehicle.

326.    Based on this investigation and my experience, and the experience of other law enforcement agents, in the call GARCIA requested 1/8th of an ounce of cocaine ("play some pool"). TEJEDA agreed and confirmed with GARCIA that he would deliver the drugs to GARCIA's residence ("crib").

327.    On September 5, 2004, at approximately 4:31 p.m. (call # 4434), SAUL TEJEDA received an incoming telephone call from defendant EUSTACIO RIOS.[84] In the call, RIOS told

---

[84] EUSTACIO RIOS's voice identification is described in footnote 86.

TEJEDA, "I got "got" last night from Milk Dud, that's why I was trying to get a hold of you."

TEJEDA then asked RIOS, "How did he get you?" RIOS responded, "Man, bro did me bogus bro

just tell you that." RIOS then asked if TEJEDA could "stop by."

328.     Based on this investigation and my experience, and the experience of other law

enforcement agents, in the call EUSTACIO RIOS advised TEJEDA that MILTON GARCIA failed

to pay money he owed for drugs. When RIOS then asked TEJEDA to stop by, RIOS wanted to see

TEJEDA in order to purchase drugs.

### Q.     CARLOS ESCALANTE

329.   As described below, CARLOS ESCALANTE purchases cocaine from TEJEDA.

ESCALANTE admitted to agents that he was a LATIN KING, but claimed that the LATIN KINGS

have shunned him, believing him to be an informant.

330.   On October 21, 2004, ESCALANTE agreed to be interviewed by agents. During the

interview, ESCALANTE admitted that he had been purchasing cocaine from TEJEDA since he was

released from prison in May 2004. Agents played several intercepted telephone calls for

ESCALANTE during the interview, and he admitted the voice on the calls was his. ESCALANTE

then advised agents that TEJEDA usually charged him $600 for an ounce of cocaine, $300 for a half

of an ounce of cocaine, $80 an eights of an ounce of cocaine, and $45 for a sixteenth of an ounce of

cocaine. ESCALANTE admitted that he resold the cocaine he purchased from TEJEDA, and that

TEJEDA was aware that (he) ESCALANTE resold the cocaine.

331.     On August 13, 2004 at approximately 8:35 p.m. (call# 406), ESCALANTE placed an

outgoing telephone call to TEJEDA.[85] ESCALANTE asked TEJEDA, "You cool or what?"

---

[85] ESCALANTE's voice was identified, among other ways, when he admitted to agents that the
voice in intercepted calls they had identified as his was indeed his.

TEJEDA responded that he was. ESCALANTE then told TEJEDA that he would be on the east side later, and TEJEDA told him to call when he got to the east side.

332.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCALANTE asked TEJEDA if he had drugs for sale ("you cool or what"). TEJEDA told ESCALANTE to call when ESCALANTE was near TEJEDA's location ("the east side").

333.    On August 13, 2004, between approximately 8:55 p.m. and 9:38 p.m., CARLOS ESCALANTE spoke on the telephone with TEJEDA four times. ESCALANTE told TEJEDA that he would be in a maroon car. TEJEDA then asked ESCALANTE in Spanish if he wanted the same as the other time. ESCALANTE replied, "No, half of that." TEJEDA directed ESCALANTE, "Go right there by Grove and Woodruff, I'll just hit you up right there." ESCALANTE told him, "I'll be like a couple minutes."

334.    Based on this investigation and my experience, and the experience of other law enforcement agents, in the call TEJEDA asked ESCALANTE if he wanted the same amount of cocaine that he had bought during the previous transaction. ESCALANTE responded that he only wanted half of that amount ("half of that"). The two then agreed to meet near at the intersection of Grove and Woodruff to conduct the transaction.

335.    On August 16, 2004, at approximately 7:49 p.m. (call# 969), ESCALANTE placed an outgoing telephone call to TEJEDA. In the call, ESCALANTE asked, "You cool or what?" TEJEDA replied, "Yeah...I'm over here by the east side, call me up when you get by here." ESCALANTE that stated: "I gotta go get the money first...Don't be bullshitting me man cause dude's coming from way out far away...I'll call you around 9:00...I'm gonna meet him out here at 9:00."

110

336.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call ESCALANTE asked TEJEDA if he had cocaine for sale ("you cool or what?"). TEJEDA told ESCALANTE that he did. ESCALANTE then said he had to get money for the cocaine transaction. ESCALANTE then advised TEJEDA that he wanted to make sure the drug sale happened because his (ESCALANTE's) customer was coming from far away ("I gotta go get the money first...Don't be bullshitting me man cause dude's coming from way out far away."). Additionally, ESCALANTE stated that he was going to meet with his customer at 9:00 p.m. and he would call TEJEDA at that time ("I'll call you around 9:00...I'm gonna meet him out here at 9:00.")..

337.     On August 16, 2004, at approximately 9:11 p.m. (call # 1005), ESCALANTE placed an outgoing telephone call to TEJEDA. In the call, ESCALANTE asked TEJEDA, "You here?" TEJEDA responded that he was. ESCALANTE then said, "Upstairs right? I'll be up there in a minute. I'm right outside turning in front of the house on Superior." TEJEDA responded that he was in the driveway. ESCALANTE responded that he was in a truck and that he was turning around.

338.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call ESCALANTE stated that he was at TEJEDA's residence on Superior Street and ready to buy cocaine. TEJEDA responded that he was outside in the driveway at the back of his residence. ESCALANTE stated that he was at the front of the house in a truck and was turning around to meet TEJEDA in the driveway. Shortly after these calls occurred, agents surveilled TEJEDA in his driveway talking to a male standing next to a truck.

339.     On August 27, 2004, at approximately 6:02 p.m. (call # 2776), ESCALANTE placed an outgoing telephone call to TEJEDA. In the call, ESCALANTE advised TEJEDA, "I need that and half of the other one." TEJEDA then asked ESCALANTE where he was, and advised ESCALANTE

111

that he would call him back. ESCALANTE then told TEJEDA, "don't be long man, this nigga is out here waiting." ESCALANTE told TEJEDA that he was on "Oak Street."

340.     Based on this investigation and my experience, and the experience of other law enforcement agents, in the call ESCALANTE asked TEJEDA to bring him an ounce of cocaine and a half of another amount of cocaine at an address on Oak Street ("that and half of the other one").

341.     On August 27, 2004, twenty minutes after the 6:02 p.m. call at 6:20 p.m. (call # 2788), TEJEDA placed an outgoing telephone call to ESCALANTE to confirm ESCALANTE's location at 615 Oak Street, Aurora, Illinois. ESCALANTE told TEJEDA, "dude's right here bro." Around the same time, surveilling agents photographed TEJEDA arrive at 615 Oak Avenue and meet with ESCALANTE.[86]

342.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call TEJEDA returned ESCALANTE's original call to confirm the location of their drug transaction. ESCALANTE then advised TEJEDA that his customer was with him ("dude's right here bro.").

343.     On October 8, 2004, at approximately 8:43 p.m. (call# 9585), ESCALANTE placed an outgoing telephone call to TEJEDA. ESCALANTE told TEJEDA, "I need that same little thing again." TEJEDA asked, "Did you ever get that one thing or not?" ESCALANTE replied, "I'm trying to get a hold of dude right now...he got the funds for that." TEJEDA told him, "I'll call you back right now."

344.     Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCALANTE wanted to buy an amount of cocaine ("same little

---

[86] Agents knew what ESCALANTE looked like because they had previously viewed a copy of ESCALANTE's APD booking photo.

thing") from TEJEDA. ESCALANTE then stated that he was trying to communicate with his customer and that he was told that the customer had the money ("funds") for the ounce. TEJEDA responded that he would call ESCALANTE back.

345.      On October 8, 2004, at approximately 9:30 p.m. (call # 9601), ESCALANTE placed an outgoing telephone call to TEJEDA. In the call, ESCALANTE stated: "What's up nigga, come through." TEJEDA replied, "I'm going over there right now." At approximately 9:53 p.m. (call # 9606), ESCALANTE received an incoming telephone call from TEJEDA. TEJEDA immediately asked, "What did you give me?" ESCALANTE replied, "Forty dollars, a twenty and two tens." TEJEDA said, "You only gave me thirty." ESCALANTE said, "No nigga, I gave you a twenty and two tens."

346.      Based on this investigation and my experience, and the experience of other law enforcement agents, in this call ESCALANTE asked TEJEDA to bring him cocaine. TEJEDA responded that he was on his way to ESCALANTE's location. After the transaction took place, TEJEDA asked ESCALANTE how much money ESCALANTE had paid for the cocaine. ESCALANTE then insisted that he gave TEJEDA forty dollars, but TEJEDA said that he could only find thirty dollars.

**R.      EUSTACIO RIOS, aka "TACHO"**

347.    As outlined during intercepted calls, EUSTACIO RIOS purchases cocaine from TEJEDA. Surveillance, wire interceptions, and police reports reflect that RIOS resides at 301 North Ohio, in Aurora.

348.      CW-6 has advised agents that s/he has known RIOS since in or about 2000, and first witnessed RIOS buy cocaine from TEJEDA in or about December 2000. According to CW-6, RIOS

113

buys approximately 7-14 grams of cocaine from TEJEDA approximately 2-3 times each week. Additionally, CW-6 has witnessed TEJEDA "front" cocaine to RIOS, and CW-6 has witnessed TEJEDA sell cocaine to RIOS at RIOS' house located at 1004 Liberty Street in Aurora.[87] CW-6 last witnessed RIOS buy from TEJEDA during the summer of 2004.

349.    On August 12, 2004, at approximately 7:08 p.m. (call # 51), RIOS placed an outgoing telephone call to TEJEDA. In the call, RIOS told TEJEDA in Spanish, "A half," and TEJEDA agreed.[88]

350.    Based on this investigation and my experience, and the experience of other law enforcement agents, in the call RIOS told TEJEDA he wanted to buy an amount of cocaine ("a half").

351.    On August 13, 2004, at approximately 9:01 p.m. (call # 420), TEJEDA placed a call to RIOS. In the call, RIOS told TEJEDA that a male was coming by early in the morning the next day. The following day, on August 14, 2004, at approximately 7:03 p.m. (call # 582), TEJEDA placed an outgoing telephone call to RIOS. In the call, RIOS stated, "Hey, this dude gonna be here right now in twenty minutes...I was going to call you man, I'm waiting for this dude to get here right now."

---

[87] Both the Liberty Street and Ohio Street addresses are for the same home. The home straddles the corner of Liberty and Ohio, and therefore has two addresses.

[88] EUSTACIO RIOS's voice was identified, among other ways, on August 20, 2004 (call # 1401), when a female at telephone number (630) 664-1482 received a phone call from TEJEDA. In the call, TEJEDA asked to speak with "TACHO." The female responded that "TACHO" was asleep. TEJEDA then identified himself as "SAUL" and asked her to have "TACHO" call him back when he woke up. CW-6 and Aurora Police Department records indicate that "TACHO" is the nickname for EUSTACIO RIOS. Finally, telephone number (630) 664-1482 is subscribed to a woman CW-6 has identified as RIOS' girlfriend.

At approximately 8:00 p.m. TEJEDA placed an outgoing to call to RIOS and told RIOS that he was outside.

352.    Based on this investigation and my experience, and the experience of other law enforcement agents, RIOS advised TEJEDA in these calls that RIOS's customers were going to be arriving to purchase cocaine that he (RIOS) needed by buy from TEJEDA first.

353.    On August 15, 2004, at approximately 5:43 p.m., RIOS placed an outgoing telephone call to TEJEDA. In the call, RIOS stated, "This dude's gonna come back with the rest man, I got some right here if you want it." TEJEDA then agreed to come over.

354.    Based on this investigation and my experience, and the experience of other law enforcement agents, RIOS told TEJEDA that he had some money for TEJEDA, and that RIOS' customer would be returning with the rest of the money owed.

355.    On August 16, 2004, at approximately 9:04 p.m. (call # 998), RIOS placed an outgoing telephone call to TEJEDA. In the call RIOS asked, "You wanna get that now or you want to wait in the morning? ...I got it right here man, if you want to stop by real quick." TEJEDA then agreed to come to RIOS. At short time later, at approximately 9:09 p.m. (call# 1001), TEJEDA received another call from RIOS and asked how long it would be before TEJEDA arrived. TEJEDA responded that he was pulling up at that time.

356.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS wanted to know if TEJEDA wanted to stop by and collect the money he owed to TEJEDA for previously "fronted" cocaine. TEJEDA then agreed to stop by. At 9:17 p.m., surveillance agents witnessed RIOS[89] exit his residence and walk to the driver's side of

---

[89] Agents knew what EUSTACIO RIOS looked like from having previously viewed an APD booking photo of him.

a vehicle driven by TEJEDA. After a few seconds, RIOS returned to his residence and TEJEDA left the area.

357.    On August 20, 2004, at approximately 3:37 p.m. (call # 1458), RIOS placed an outgoing telephone call to TEJEDA and asked where TEJEDA was. RIOS stated that one of his (RIOS') boys wanted to know what was up. TEJEDA said he would come by and "holler" at him. At or about the same time, surveillance agents observed TEJEDA parked in the driveway of RIOS' residence.

358.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call RIOS said that he had a customer who wanted to purchase cocaine. RIOS then asked TEJEDA to stop by to sell cocaine to this customer. TEJEDA then agreed to sell the cocaine ("holler").

### S.    CAROL BANKS, aka "CHICA"

359.    As outlined in the ensuing intercepted calls, CAROL BANKS is an associate of TEJEDA's who purchases cocaine and marijuana from him. Intercepted calls reveal that BANKS and her husband work as a team in trafficking narcotics.

360.    CW-6 has advised agents that s/he knows BANKS and first witnessed BANKS buy cocaine from TEJEDA in or about 2001. According to CW-6, BANKS buys approximately 7 grams to 1 ounce of cocaine from TEJEDA approximately every day. CW-6 last witnessed BANKS buy from TEJEDA in early 2005. CW-6 has advised agents that s/he has witnessed TEJEDA "front" cocaine to BANKS. TEJEDA has told CW-6 that BANKS sells cocaine in DeKalb in small quantities but makes more money than TEJEDA because of price differences between the two cities.[90] CW-6 stated that s/he has witnessed many transactions between TEJEDA and BANKS.

---

[90] Illinois State Police officers in DeKalb County have advised agents that BANKS lives in DeKalb, Illinois.

According to CW-6, BANKS typically meets TEJEDA at either a JEWEL OSCO grocery store on Lake Street, at an Off Track Betting (OTB) facility near the highway in Aurora, or at McCue's bar in Aurora.

361.    On January 1, 2005, CW-6 was with TEJEDA at his new residence, 2748 Village Green Drive, while wearing a body-recording device that captured the ensuing conversations. CW-6 observed TEJEDA reach into the top of a kitchen cabinet and remove a digital scale and a medium-sized plastic bag containing a white powdery substance that CW-6 estimated to be approximately an eighth of a kilo of cocaine. TEJEDA then took a portion of the cocaine and weighed out an amount, placed the weighed cocaine into a smaller plastic bag, and then placed the smaller plastic bag of cocaine into his pants, and drove with CW-6 to meet with defendant CAROL BANKS at a pre-arranged location. During this meeting, as captured on the body-recording device worn by CW-6, BANKS told TEJEDA that it had been almost five years to the day since they started dealing with one another. CW-6 then witnessed TEJEDA sell BANKS an eighth of an ounce of cocaine. After BANKS left, TEJEDA explained to CW-6 that when he and BANKS first started working together, BANKS bought an ounce of cocaine for $900 every other day. CW-6 then accompanied TEJEDA as he delivered cocaine to other customers.

362.    On August 13, 2004, at approximately 9:32 p.m. (call # 440), CAROL BANKS received an incoming call from TEJEDA.[91] In the call, BANKS told TEJEDA that she was on her way to see

---

[91] CAROL BANKS's voice has been identified, among other ways, through the telephone number she regularly uses, (815) 375-5117, which is subscribed to in her name, CAROL BANKS. Additionally, at the time that agents intercepted several of these telephone calls from (815) 375-5117, surveillance agents simultaneously observed TEJEDA meet with a female driving a car registered to Individual R. Police reports indicate that Individual R is CAROL BANKS' husband.

him and that she needed to "make it fast." BANKS stated that she just wanted a "B-ball." TEJEDA agreed. BANKS then made two subsequent phone calls to TEJEDA, and they agreed to meet at the Thorton Gas Station.

363.    Based on this investigation and my experience, the experience of other law enforcement agents, and prior and subsequent calls between BANKS and TEJEDA, in this call BANKS asked TEJEDA if she could buy 1/8th of an ounce of cocaine (a "b-ball").

364.    On August 14, 2004, at approximately 6:21 p.m. (call # 564), BANKS placed an outgoing telephone call to TEJEDA. In the call, BANKS told TEJEDA, "I'm on the road again, same thing as last night?" TEJEDA responded affirmatively. BANKS then asked, "But can you split it in two and only charge me for one bag?" TEJEDA then asked, "the same thing or what?" BANKS responded affirmatively.

365.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call BANKS was purchasing 1/8 of an ounce of cocaine ("same thing as last night") from TEJEDA, but she wanted it packaged in 1/16th of an ounce amounts ("split it in two").

366.    On August 28, 2004, at approximately 5:49 p.m. (call # 2976), BANKS placed an outgoing telephone call to TEJEDA. BANKS stated, "Okay, I'm going to go for a quarter the same way up and back and then I'll be back up again." TEJEDA asked, "For a quarter?" BANKS responded, "Yeah the same way." TEJEDA responded, "Alright." BANKS then said, "Actually can you put it in two?" TEJEDA responded, "Yeah." BANKS then stated, "You better plan on me

118

making like seven or eight trips tonight." Surveilling agents then photographed BANKS arrive at the Jewel Osco and meet with TEJEDA.[92]

367.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call BANKS asked for a quarter ounce of cocaine ("the same way") separated into two one-eighth ounce packages ("put it in two"). BANKS then said she intended make several trips that night to pick up additional cocaine.

368.    Approximately one hour later, on August 28, 2004, at 6:47 p.m. (call # 2996), BANKS placed another telephone call to TEJEDA. In the call, BANKS wanted to know TEJEDA's location, and TEJEDA responded that he was just down the street. BANKS responded that that was good because she wanted "to make money and get back up here."

369.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call BANKS expressed her desire to make money reselling cocaine purchased from TEJEDA and to make another trip that same night (" make money and get back up here").

370.    On September 18, 2004, at approximately 5:36 p.m. (call # 6308), BANKS placed an outgoing telephone call to TEJEDA. In the call, BANKS stated that she was "coming up" but she only had a "C-note." TEJEDA responded, "What happened with my cheese, man?" BANKS advised that she would have it next Friday, and TEJEDA stated, "That's what you said two weeks ago." BANKS then said that she was "good for it," and TEJEDA said, "Alright." BANKS then said, "If we can hook up the other thing I can get your money right away, cause I'm going to make some

---

[92] Photos of BANKS taken on this day match BANKS's driver's license photo.

119

on it and it can go straight to you." Surveilling agents then photographed TEJEDA and BANKS

meeting in the parking lot of the Jewel Osco in Aurora, Illinois at approximately 6:56 p.m.

371.     Based on this investigation and my experience, and the experience of other law

enforcement agents, in this call CAROL BANKS advised TEJEDA that she was coming to Aurora

to purchase $100.00 worth of cocaine ("C-note"). BANKS had previously been "fronted" cocaine

by TEJEDA, as he stated that he wanted his money from a previous deal ("What happened with my

cheese man"). BANKS then promised to pay TEJEDA ("I'm good for it"), and stated that if they

could work together on another deal she could earn enough money to repay TEJEDA.

## T.     TIM WALSH

372.     As outlined in the following intercepted calls and as learned from CW-6, TIM WALSH is

an associate of TEJEDA's who purchases cocaine from him. Sometime in mid-January, CW-6,

while outfitted with a body-recording device, recorded TEJEDA saying he had just sold WALSH

an "ounce." As recently as Saturday, February 26, 2005, CW-6 witnessed TEJEDA sell WALSH

a plastic bag containing a white-powdery substance that CW-6 believed to be cocaine. WALSH

then paid TEJEDA in cash.

373.     On August 14, 2004, at approximately 1:13 p.m. (call#491), TIM WALSH placed an

outgoing telephone call to TEJEDA. [93] In the call, WALSH told TEJEDA, "I got your juice."

TEJEDA responded, "Alright."

---

[93] TIM WALSH's voice was identified, among other ways, through the fact that the telephone
number he frequently used, (630) 269-7435, was subscribed to him in the name TIM WALSH.
Additionally, as agents were intercepting calls from (630) 269-7435, other agents surveilled
TEJEDA and observed TEJEDA meet with TIM WALSH, who had previously been identified
through an APD booking photo.

374.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call WALSH told TEJEDA that he had money to pay TEJEDA ("juice") for previously-fronted cocaine. CW-3 has confirmed that "juice" means money.

375.    On August 27, 2004, at approximately 4:19 p.m. (call# 2719), TIM WALSH placed an outgoing telephone call to SAUL TEJEDA. In the call, WALSH identified himself as "TIM" and referred to TEJEDA as "SAUL." WALSH asked TEJEDA if he was "working tonight," and TEJEDA said, "Yep." WALSH asked TEJEDA, "What part of the neighborhood?" TEJEDA told WALSH, "I'm over here on the east side...by Walgreens." WALSH said he needed to cash his check and TEJEDA told WALSH to call when WALSH was on the way. At approximately 5:09 p.m. (call# 2747), WALSH placed another outgoing telephone call to TEJEDA. WALSH said, "I'll be there in about five minutes. I want a ball." TEJEDA replied "Alright." Surveilling agents then photographed TEJEDA meeting with WALSH in the Walgreens parking lot located at the intersection of Sheffer and Farnsworth in Aurora, Illinois.

376.    Based on this investigation and my experience, and the experience of other law enforcement agents, in this call WALSH asked TEJEDA if he had cocaine to sell ("working tonight"). TEJEDA said that he did. WALSH then asked TEJEDA for 1/8th of an ounce of cocaine ("a ball").

377.    On August 28, 2004, between approximately 1:30 p.m. and 2:44 p.m. (call # 2902-2921), TIM WALSH spoke on the telephone with TEJEDA five times. During these calls, WALSH advised TEJEDA that he was "heading out" and wanted to know "where am I going." TEJEDA told WALSH, "I'll be over here by Walgreens." WALSH then told TEJEDA, "Alright. I need two, two balls." TEJEDA responded, "Alright." At or about the time of these calls, surveillance agents photographed TEJEDA meeting WALSH at the aforementioned Walgreens parking lot.

121

378.  Based on this investigation and my experience, and the experience of other law enforcement agents, in this call WALSH asked TEJEDA to sell him two one-eighth ounces of cocaine ("two balls"), and TEJEDA agreed.

379.  On September 6, 2004, between approximately 1:17 p.m. and 2:14 p.m. (call # 4542-4554), WALSH spoke on the telephone with TEJEDA four times.  During these calls, WALSH asked TEJEDA, "What's going on?"  TEJEDA responded, "It's good." WALSH replied "Alright, I'm leaving my house right now. I'll see you in about...15 minutes at Walgreens."  TEJEDA then said, "Alright."  In the next conversation, WALSH told TEJEDA, "I'm like three minutes away...I need one and half, buck fifty." TEJEDA responded affirmatively.  In the next conversation, TEJEDA told WALSH "I'm on the way right now, man."  WALSH then told TEJEDA, "Alright, I'm sitting here...I'm in a little blue car."  In the last conversation, WALSH placed an outgoing telephone call to TEJEDA in which he said, "Ha, that's sweet. Thank you." TEJEDA then told WALSH, "Alright." During these calls, surveillance agents photographed WALSH and TEJEDA meet at a Walgreens in Aurora.  A short time later, surveilling agents observed WALSH put up two fingers to TEJEDA before pulling into TEJEDA's driveway.

380.  Based on this investigation and my experience, and the experience of other law enforcement agents, in this call WALSH asked TEJEDA to sell him one-eighth of an ounce of cocaine as well as one-sixteenth of an ounce  ("one and a half") for $150.00 ("buck fifty").  TEJEDA agreed.  When WALSH then returned to TEJEDA's house and held up two fingers, WALSH was requesting an additional amount of cocaine.

381.  On September 10, 2004, between 4:47 p.m. and 5:26 p.m. (call# 5311-5336), WALSH spoke on the telephone with TEJEDA three times. During these calls, WALSH identified himself at "TIM"

122

and asked TEJEDA "you...going to be around...in half hour?" TEJEDA said, "Yes sir." WALSH then told TEJEDA, "Alright, I'm going to need three balls." TEJEDA replied "Alright." During their next conversation, WALSH told TEJEDA, "I'll be there in about three minutes." TEJEDA replied, "Three minutes, alright, I'll be on the way right now." WALSH then told TEJEDA, "I had a cancellation. I only need two now...I only need two now. Somebody cancelled." During their last call, TEJEDA told WALSH "I'm on my way over there right now man." WALSH then replied "Alright, cool...I'm waiting." At or about the time of these calls, surveillance agents observed TEJEDA meeting WALSH at the Walgreens parking lot in Aurora.

382.    Based on this investigation and my experience, and the experience of other law enforcement agents, in these calls WALSH asked TEJEDA to sell three 1/8 ounce quantities of cocaine ("three balls"), and TEJEDA agreed. WALSH then reduced the amount of cocaine he wanted to purchase from three eight-balls to two eight-balls because one of his customers canceled his order ("someone canceled").

123

383.     On February 11, 2005, CW-6, while outfitted with a body-recording device, accompanied

TEJEDA as TEJEDA distributed cocaine to his customers. One such customer was WALSH, whom

TEJEDA identified to CW-6 as Tim Walsh and to whom TEJEDA delivered an ounce of cocaine.

TEJEDA explained to CW-6 that the individual with WALSH was his (WALSH's) customer.


FURTHER AFFIANT SAYETH NOT.

_____

Cory McGookin
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME THIS 2nd DAY OF MARCH, 2005:

_____

Honorable Morton Denlow
Presiding United States Magistrate Judge

124