# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE   REV. 1/90

IN UNITED STATES: [X] MAGISTRATE  [ ] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: US vs. TEJADA
FOR: NORTHERN DIST. OF ILLINOIS
AT: CHICAGO

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): MILTON GARCIA

- 1 [X] Defendant—Adult
- 2 [ ] Defendant—Juvenile
- 3 [ ] Appellant
- 4 [ ] Probation Violator
- 5 [ ] Parole Violator
- 6 [ ] Habeas Petitioner
- 7 [ ] 2255 Petitioner
- 8 [ ] Material Witness
- 9 [ ] Other (Specify)

DOCKET NUMBERS:
Magistrate: 05 CR 194
District Court: ___
Court of Appeals: ___

CHARGE/OFFENSE (describe if applicable & check box →): 21 U.S.C. 846   [X] Felony  [ ] Misdemeanor

FILED MAR 10, 2005
Magistrate Judge Sidney I. Schenkier
United States District Court

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? [ ] Yes  [X] No  [ ] Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $___
- IF NO, give month and year of last employment ___ How much did you earn per month $___
- If married is your Spouse employed? [ ] Yes  [X] No
- IF YES, how much does your Spouse earn per month $___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [X] No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: ___

**CASH**
- Have you any cash on hand or money in savings or checking account [X] Yes  [ ] No   IF YES, state total amount $1500

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [X] No
- IF YES, GIVE VALUE AND DESCRIBE IT: ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: MIA GARCIA, JASMINE FONSECA

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Apartment or Home | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| RENT | | $ | $350 |
| CAR PAYMENT (GIRLFRIEND'S) | | $ | $250 |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Milton Garcia     3-10-05

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.