# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MILTON GARCIA, aka "MILK DUD"

**KC FILED**
MAR 15 2005
MAR 15 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNDER SEAL**

**WARRANT FOR ARREST**

CASE NUMBER:

**05CR0194**

MAGISTRATE JUDGE DENLOW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____MILTON GARCIA_____
                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

___Indictment  ___Information  _X_ Complaint  ___Order of court  ___Violation Notice  ___Probation Violation Petition

charging him or her with

conspiring with others to knowingly and intentionally distribute and possess with intent to distribute controlled substances, namely cocaine, in violation of Title 21, United States Code Section 841(a),

DOCKETED
MAR 18 2005

in violation of Title ___21___ United States Code, Section(s) ___846___

**MORTON DENLOW**
Name of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

*Morton Denlow* (signature)
Signature of Issuing Officer

Chicago, Illinois    March 2, 2005
Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at AURORA, IL | | |
| DATE RECEIVED 3/2/05 | NAME AND TITLE OF ARRESTING OFFICER Cory McGookin Special Agent | SIGNATURE OF ARRESTING OFFICER C. McG... |
| DATE OF ARREST 3/8/05 | | |

129